ORIGINAL

FILED
SEP 13 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**JEFFREY D. COTTRELL**
**PLAINTIFF**
**v.** **No.** ______

**THE UNITED STATES**
**DEFENDANT**

**COMPLAINT**

1. Plaintiff Jeffrey D. Cottrell was actively engaged in the business of grain farming from April, 1983 until August, 2000.

2. This Court has jurisdiction over this matter, under 28 U.S.C. Section 1491, dealing with payments to farm operators under various federal farm programs.

3. Plaintiff was the operator of two farms located in Coshocton County, Ohio, for which he first was the Lessee and later the owner-operator, located at 34395 C.R. 402, Warsaw, Ohio 43844.

4. Plaintiff applied for payment under the Conservation Reserve Program (CRP) in July, 1989, as operator of the two farms. A copy of that application is enclosed as Exhibit A.

5. Plaintiff received tentative approval for his participation in the CRP program, from the Soil Conservation Service, pending receipt of a ground survey. A copy of that approval document is attached as Exhibit B.

6. The ground survey was submitted to Soil Conservation Service on 8/31/89. A copy of that soil survey is attached as Exhibit C.

7. Despite the submission of the ground survey, Plaintiff's land was never enrolled in the CRP program, and no formal denial has ever been sent to him by any

federal farm agency, even though such formal rejection letter has been repeatedly requested.

8. Plaintiff in entitled to the sum of $316,777.50, representing payment for the 1989 CRP program for which he was approved, but never enrolled or paid; the CRP program would have continued for ten years, with an automatic five year extension beyond that time.

9. Plaintiff further is entitled to damages resulting from the loss of the payments from the 1989 CRP program, as the loss of payments caused him to default on a contract for purchase of two additional parcels of land owned by the Federal Land Bank of Louisville, thus incurring direct losses of $11,519.

10. Plaintiff further applied to the Farm Service Agency to enroll the farmland referred to in paragraphs 3 through 8 above in the seven-year CRP program in 1996. A copy of said application is attached as Exhibit D.

11. The contract for such enrollment was approved for the calendar year 1996, but Plaintiff has never received any funds. A copy of the Minutes of the local county committee meeting that approved the application is attached as Exhibit E.

12. Despite fulfilling all necessary conditions, Plaintiff was denied enrollment in the seven-year program, through a letter stating that his interest in the land had ended. A copy of said letter is attached hereto as Exhibit F.

13. Plaintiff further would have been entitled to enroll his ground in the 16th Signup for the CRP Program, a ten-year program.

14. Despite repeated requests for a formal denial letter, Plaintiff has never been notified that he had been formally and officially rejected on his 1996 application.

15. In November, 2003, Plaintiff formally requested an approval or denial letter for both the 1989 and 1996 programs.

16. Plaintiff received a response to his request for an approval or denial letter, stating that his appeals for the 1989 program had been exhausted. A copy of that letter is attached as Exhibit G.

17. Plaintiff is entitled to the sum of $221,571, representing payment for the seven-year CRP program for which he was wrongfully denied.

WHEREFORE, Plaintiff demands judgment against Defendant in the sum of $538,343.50, plus interest and attorneys fees.

Respectfully submitted,

John T. Ryerson (0055727)
Attorney for Plaintiff
P.O. Box 1824
Columbus, Ohio 43216
(740) 392-9295
Fax (740) 427-5618

Form Approved OMB No. 0560-0125

CRP-1
(02-21-86)

U.S. DEPARTMENT OF AGRICULTURE
Agricultural Stabilization and Conservation Service
Commodity Credit Corporation

# CONSERVATION RESERVE PROGRAM CONTRACT

| 1. ST. & CO. CODE & C/D | 2. CONTRACT NO. | 3. FARM NO. |
|---|---|---|
| 39-031-1 | | 2251 |

**NOTE:** *The following statements are made in accordance with the Privacy Act of 1974 (5 USC 552a): The authority for requesting the information to be supplied on this form is the Food Security Act of 1985, P.L. 99-198, and the regulations promulgated thereunder (7 CF Internal Revenue Code (26 USC 6109). The information requested is necessary for CCC to consider and process the offe servation Reserve Program Contract, to assist in determining eligibility, and to determine the correct parties to the contra may be furnished to other USDA agencies, IRS, Department of Justice, or other State and Federal law enforcement agen to orders of a court, magistrate, or administrative tribunal. Furnishing of the Social Security Number (SSN) is mandatory. information is voluntary; however, failure to furnish the correct, complete information requested will result in rejection into the contract.*

EXHIBIT A

THIS CONTRACT is entered into between the Commodity Credit Corporation (referred to as "CCC") and the undersigned owners and operators (referred to as "Owner" and "Operator", respectively) on the farm identified above (referred to as "Farm") for the fields and acres (referred to as "designated acreage") identified in Items 8-17 below and on the CRP-1A Addendum, as applicable. The Owner and Operator agree to place the designated acreage into the Conservation Reserve Program ("CRP") for a period of 10 crop years from the date the Contract is executed by the CCC. The Owner and Operator also agree to implement on such designated acreage the Conservation Plan developed for such designated acreage and approved by the applicable local conservation district based upon the conservation practices identified in Items 10 and 15 below and in Items 4 and 9 on the CRP-1A Addendum or such other conservation practices as are identified in the Conservation Plan and agreed to by the Owner and Operator. The Owner and Operator and CCC agree to comply with the terms and conditions contained in this Contract and contained in the Appendix to this Contract, entitled Appendix to CRP-1, Conservation Reserve Program Contract (referred to as "Appendix"). By signing below, each Owner and Operator acknowledges that a copy of the Appendix has been provided to the Owner and Operator and that the Owner and Operator has signed the last page of such Appendix which will be kept on file in the County Agricultural Stabilization and Conservation Service (ASCS) Office. By signing below, the Owner and Operator also agree to allow CCC a period of 30 days from the close of the applicable signup period to accept this Contract and agree to pay liquidated damages in an amount specified in the Appendix if the Owner and Operator do not allow CCC such 30-day period in which to execute this Contract.

## 4. OWNERS AND OPERATORS

| NAME AND ADDRESS | SHARE | SSN / SIGNATURE | DATE |
|---|---|---|---|
| A. OPERATOR NAME AND ADDRESS: Jeffrey Cottrell, 34395 CR 402, Warsaw OH 43844 | 100% | SSN: 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; SIGNATURE: [signature] | 7/17/89 |
| B. OWNER NAME AND ADDRESS: Lucille Stuller, 7730 Newark Rd, Mt. Vernon OH 43050 | 0 % | SSN: 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; SIGNATURE: Lucille Stuller | 7/17/89 |
| C. NAME AND ADDRESS | % | SSN / SIGNATURE | DATE |
| D. NAME AND ADDRESS | % | SSN / SIGNATURE | DATE |

| 5. ACRES FOR CRP | 6. RENTAL RATE PER ACRE | 7. CONTRACT PERIOD FROM | TO |
|---|---|---|---|
| 450 Ac. | $ 65.00 | 1990 | 1999 |

| TRACT NO. 8 | FIELD NO. 9 | PRACTICE NO. 10 | ACRES 11 | RATE OF COST-SHARES 12 | TRACT NO. 13 | FIELD NO. 14 | PRACTICE NO. 15 | ACRES 16 | RATE OF COST-SHARES 17 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 18. ANNUAL PAYMENT | 19. CCC USE ONLY - *Payments according to the shares are approved.* | CCC REPRESENTATIVE'S SIGNATURE | DATE |
|---|---|---|---|
| | | | |

ORIGINAL - COUNTY OFFICE COPY

CRP-3

EXHIBIT B

U.S. DEPARTMENT OF AGRICULTURE
Agricultural Stabilization and Conservation Service
** NOTICE REGARDING BID AMOUNT **
Coshocton County ASCS Office
724 S. Seventh Street
Coshocton OH 43812

August 8, 1989

Dear Mr. Cottrell,

This notice is to inform you that your bid under the 1990 Conservation Reserve Program (CRP) is within the Maximum Acceptable Rental Rate (MARR) established by the Secretary of Agriculture for this bid pool. However, it has not yet been determined whether other CRP eligibility criteria have been met, such as, eligibility of the land itself for enrollment in the program.

The Coshocton County ASC Committee has determined that the bid amount does not exceed the local prevailing rental rate for an acre of comparable land. The acreage for the program was measured at 415.0 with the bid at $ 65.00.

Further, before the COC can approve a CRP contract for the acreage you offered under the 1990 CRP, the Soil Conservation Service (SCS) must develop a conservation plan approved by the Conservation District. So that we may continue to process your bid, you should continue to work with the SCS to obtain the required conservation plan for the acreage which is the subject of the bid. Your bid cannot be accepted without an approved conservation plan.

After the SCS has provided this office with an approved conservation plan, COC will send you a signed copy of the CRP contract, containing the number of acres contracted for, the rental rate per acre, the contract period, the annual rental payment, the conservation practices that must be carried out on the contracted acres and the approved conservation plan for the acreage offered in CRP. Included with the CRP contract is the addendum and appendix, if applicable.

Practices to be carried out under CRP may be started at this time, with the understanding that cost-share PAYMENT WILL NOT BE MADE if:

1 Practice is not included in the conservation plan, or
2 Contract is not approved by COC.

COC has until September 1, 1989, as provided by the contract, to accept your request to participate in the CRP. If at the end of that time a contract has not been approved, you will have the option of leaving your bid on file, modifying the acres offered, or withdrawing from the program.

Please contact this office if you have any questions regarding this program, 622-8087 or 8088.

Sincerely,

Loran F. Stutz

Loran F. Stutz,

EXHIBIT C

CONSERVATION PLAN MAP

Owner: James Stutler Operator: Jeff Cottrell

County: Coshocton State: OH Date: 8-31-89

Approximate acres: 190.8 Approximate scale: None

Cooperating with: Coshocton Soil & Water Conservation District

Plan identification: Perry 1st Photo number: AS 42

Assisted by: Tim Hart USDA Soil Conservation Service



539-52-Z

CP-1

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Halt

Date: 8-31-89 Field No. 19 T10P3 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 443C | | | | |
| Land Capability Class | (9) | IIIE | | | | |
| Acres | (10) | 3.7 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 4 / .27 | / | / | / | / |
| Slope Length - Ft. | (13) | 175 | | | | |
| Slope Percent | (14) | 11 | | | | |
| LS Value | (15) | 2.10 | | | | |
| P Factor | (16) | .1 | | | | |
| C Value Before/After | (17) | .023 / .019 | / | / | / | / |
| Soil loss Before/After | (18) | 8.7 / 1.6 | / | / | / | / |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19__ = 21 8.7 Tons/Ac./Yr.

After 19__ = 21 1.6 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion. If Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field × 100 = ____ × 100 = 100 Percent

LCC summary of acres - Class I ___, II ___, III 3.7, IV ___, V ___, VI ___, VII ___, VIII ___

Field is: (circle one) - (Eligible) - Questionable - Ineligible (26)

List map units of highly erodible acres 443C.

Timothy W. Holt

539-20

(300-V-NHCSP, February 1986)

539.52-2

CP-1A

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 18 T10123 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 406 | AeC2 | | | |
| Land Capability Class | (9) | IIE | | | | |
| Acres | (10) | 5.4 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 3 / .37 | | | | |
| Slope Length - Ft. | (13) | 150 | | | | |
| Slope Percent | (14) | 14 | | | | |
| LS Value | (15) | 2.81 | | | | |
| P Factor | (16) | 1 | | | | |
| C Value Before/After | (17) | .093 / .004 | | | | |
| Soil loss Before/After | (18) | 14.8 / .6 | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19 ____ = 21 14.8 Tons/Ac./Yr.

After 19 ____ = 21 .6 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field × 100 = ____ × 100 = 100 Percent

LCC summary of acres = Class I ____, II ____, III ____, IV 5.4, V ____, VI ____, VII ____, VIII ____

Field is: (circle one) - (Eligible) - Questionable - Ineligible (26)

List map units of highly erodible acres 406

Timothy W. Holt

539:52-2

cp-1

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 17 T10123 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 443C | AaC2 | | | |
| Land Capability Class | (9) | IIIE | | | | |
| Acres | (10) | 39.1 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/E Value | (12) | 3 / .37 | | | | |
| Slope Length - Ft. | (13) | 200 | | | | |
| Slope Percent | (14) | 9 | | | | |
| LS Value | (15) | 1.67 | | | | |
| P Factor | (16) | .1 | | | | |
| C Value Before/After | (17) | .097 / .014 | | | | |
| Soil loss Before/After | (18) | 9.0 / 1.3 | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19 ___ = 21 9.0 Tons/Ac./Yr.
After 19 ___ = 21 1.3 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheets

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = ______ x 100 = 100 Percent

LCC summary of acres - Class I ___, II ___, III 39.1, IV ___, V ___, VI ___, VII ___, VIII ___

Field is : (circle one) - (Eligible) - Questionable - Ineligible (26)

List map units of highly erodible acres 443C

Timothy W. Holt

539-20

(300-V-NHCSP, February 1986)

539.52-2

CP-1A

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ACCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 16 T1012-3 Rainfall factor (R) = 150

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 443c | Aacc | | | | |
| Land Capability Class | (9) | IIIE | | | | | |
| Acres | (10) | 19.4 | | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N | |
| T/K Value | (12) | 3 / .37 | | | | | |
| Slope Length - Ft. | (13) | 200 | | | | | |
| Slope Percent | (14) | 8 | | | | | |
| LS Value | (15) | 1.40 | | | | | |
| P Factor | (16) | 1 | | | | | |
| C Value Before/After | (17) | .14 / .004 | | | | | |
| Soil loss Before/After | (18) | 10.9 / .31 | | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. = (Tons/Ac./Yr./Ac. each soil type or group of soils) / Total acres in field for field

Before 19__ - 20__ = 21 10.9 Tons/Ac./Yr.

After 19__ - 20__ = 21 .31 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = (Highly Erodible cropland acres / Total acres in field) × 100 = ______ × 100 = 100 Percent

LCC summary of acres - Class I ___, II ___, III 19.4, IV ___, V ___, VI ___, VII ___, VIII ___

Field is a (circle one) (Eligible) - Questionable - Ineligible (26)

List map units of highly erodible acres 443C.

Timothy W. Holt

539-20

14.2 CP-1
4.0 CP-10

WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251
County: Coshocton Prepared by: T. Holt
Date: 8-31-89 Field No. 13T1023 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 443c | AzCz | | | |
| Land Capability Class | (9) | IIIE | | | | |
| Acres | (10) | 19.2 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 3 / .37 | | | | |
| Slope Length - Ft. | (13) | 150 | | | | |
| Slope Percent | (14) | 14 | | | | |
| LS Value | (15) | 2.81 | | | | |
| P Factor | (16) | .1 | | | | |
| C Value. Before/After | (17) | .039 / .014 | | | | |
| Soil loss Before/After | (18) | 6.1 / 2.2 | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19/20 ______ = 21 6.1 Tons/Ac./Yr.

After 19/20 ______ = 21 2.2 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = ______ / ______ x 100 = 100 Percent

LCC summary of acres - Class I ___, II ___, III 19.2, IV ___, V ___, VI ___, VII ___, VIII ___

Field is a (circle one): (Eligible) - Questionable - Ineligible (26)

List map units of highly erodible acres 443C

Timothy W. Holt

Area on south side of fence (acreage unknown) does not need reseeded (est. 40ac) is not part of pasture fld.

539-20

(300-V-NHCSP, February 1986)

CF

WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ACCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 7 T10123 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 443 | | | | |
| Land Capability Class | (9) | IIIE | | | | |
| Acres | (10) | 16.7 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 4 / .37 | | | | |
| Slope Length - Ft. | (13) | 175 | | | | |
| Slope Percent | (14) | 8 | | | | |
| LS Value | (15) | 1.31 | | | | |
| P Factor | (16) | 1 | | | | |
| C Value Before/After | (17) | .061 / .004 | | | | |
| Soil loss Before/After | (18) | 5.0 / .7 | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19/20 ______ = 21 5.0 Tons/Ac./Yr.

After 19/22 ______ = 21 .7 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = ______ / ______ x 100 = 100 Percent

LCC summary of acres = Class I ___, II ___, III 16.7, IV ___, V ___, VI ___, VII ___, VIII ___

Field is: (circle one) - (Eligible) Questionable - Ineligible (26)

List map units of highly erodible acres 443

Timothy W. Holt

539-20

(300-V-NHCSP, February 1986)

539-52-2

CP-1

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 6 T1023 Rainfall factor (R) = 150

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 486C | AacZ | | | | |
| Land Capability Class | (9) | IIIE | | | | | |
| Acres | (10) | 24.3 | | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 3 / .37 | / | / | / | / | / |
| Slope Length - Ft. | (13) | 225 | | | | | |
| Slope Percent | (14) | 9 | | | | | |
| LS Value | (15) | 1.77 | | | | | |
| P Factor | (16) | .1 | | | | | |
| C Value Before/After | (17) | .13 / .014 | / | / | / | / | / |
| Soil loss Before/After | (18) | 12.8 / 1.4 | / | / | / | / | / |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19/20 ____ = 21 12.8 Tons/Ac./Yr.

After 19/20 ____ = 21 1.4 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheets

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = ____ / ____ x 100 = 100 Percent

LCC summary of acres = Class I ____, II ____, III 24.3, IV ____, V ____, VI ____, VII ____, VIII ____

Field is: (circle one) (Eligible) Questionable Ineligible (26)

List map units of highly erodible acres 486C

Timothy W. Holt

539-20

(300-V-NHCSP, February 1986)

539.52-2

CP-1

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell    ASCS - Farm No. 2251

County: Coshocton    Prepared by: T. Holt

Date: 8-31-89 Field No. 5 T10123 Rainfall factor (R) = 150

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 443c | CoC2 | | | | |
| Land Capability Class | (9) | IIIE | | | | | |
| Acres | (10) | 18.7 | | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 4 / .37 | | | | | |
| Slope Length - Ft. | (13) | 200 | | | | | |
| Slope Percent | (14) | 13 | | | | | |
| LS Value | (15) | 2.90 | | | | | |
| P Factor | (16) | 1 | | | | | |
| C Value. Before/After | (17) | .13 / .014 | | | | | |
| Soil loss Before/After | (18) | 20.9 / 2.2 | | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac./Yr./Ac. each soil type or group of soils) / Total acres in field

Before 19/20 ____ = 21 20.9 Tons/Ac./Yr.

After 19/20 ____ = 21 2.2 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = ________ x 100 = 100 Percent

LCC Summary of acres = Class I ____, II ____, III 18.7, IV ____, V ____, VI ____, VII ____, VIII ____

Field is: (circle one) (Eligible) Questionable Ineligible (26)

List map units of highly erodible acres 443 C.

Timothy W. Holt

539-20

(300-V-NHCSP, February 1986)

539.52-I

CP-1

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 4 T1023 Rainfall factor (R) = 150

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 443C | CoC2 | | | | |
| Land Capability Class | (9) | IIIE | | | | | |
| Acres | (10) | 7.3 | | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N | |
| T/K Value | (12) | 4 / .37 | / | / | / | / | |
| Slope Length - Ft. | (13) | 225 | | | | | |
| Slope Percent | (14) | 9 | | | | | |
| LS Value | (15) | 1.77 | | | | | |
| P Factor | (16) | .1 | | | | | |
| C Value. Before/After | (17) | .13 / .014 | / | / | / | / | |
| Soil loss Before/After | (18) | 12.8 / 1.4 | / | / | / | / | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19/20 ______ = 21 12.8 Tons/Ac./Yr.

After 19/20 ______ = 21 1.4 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field ÷ 100 = ______ / ______ ÷ 100 = 100 Percent

LCC summary of acres - Class I ____, II ____, III 7.3, IV ____, V ____, VI ____, VII ____, VIII ____

Field is a (circle one): (Eligible) - Questionable - Ineligible (26)

List map units of highly erodible acres 443C

Timothy W. Holt

539-20

(300-V-NMCSP, February 1986)

539.52-2 cp

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ACCS - Farm No. 2251
County: Coshocton Prepared by: T. Halt
Date: 8-31-89 Field No. 2 T1012 Rainfall factor (R) = 150

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 566E | Csp | | | | |
| Land Capability Class | (9) | IIE | | | | | |
| Acres | (10) | 4.7 | | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N | |
| T/K Value | (12) | 4 / .37 | | | | | |
| Slope Length - Ft. | (13) | 125 | | | | | |
| Slope Percent | (14) | 18 | | | | | |
| LS Value | (15) | 3.84 | | | | | |
| P Factor | (16) | .1 | | | | | |
| C Value Before/After | (17) | .084 / .014 | | | | | |
| Soil loss Before/After | (18) | 17.9 / 2.3 | | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19 ____ = 21 17.9 Tons/Ac./Yr.
After 19 ____ = 21 2.3 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = ______ / ______ x 100 = 100 Percent

LCC summary of acres - Class I ___, II ___, III ___, IV ___, V ___, VI 4.7, VII ___, VIII ___

Field is a (circle one) (Eligible) - Questionable - Ineligible (24)

List map units of highly erodible acres 566E

Timothy W. Halt

539-20

539-32-1

CP-1

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Hatt

Date: 8-31-89 Field No. 1 T1023 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 443D | CsP | | | |
| Land Capability Class | (9) | IVE | | | | |
| Acres | (10) | 9.3 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 4 / .37 | | | | |
| Slope Length - Ft. | (13) | 225 | | | | |
| Slope Percent | (14) | 18 | | | | |
| LS Value | (15) | 5.15 | | | | |
| P Factor | (16) | .1 | | | | |
| C Value Before/After | (17) | .078 / .014 | | | | |
| Soil loss Before/After | (18) | 22.3 / 4.0 | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19/20 = 21 22.3 Tons/Ac./Yr.

After 19/20 = 21 4.0 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion. If Wind and Water are both present use Wind Erosion Worksheets

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = / x 100 = 100 Percent

LCC summary of acres - Class I ___, II ___, III ___, IV 9.3, V ___, VI ___, VII ___, VIII ___

Field is: (circle one) (Eligible) Questionable Ineligible (26)

List map units of highly erodible acres 443D.

Timothy W. Hatt

539-20

(300-V-NMCSP, February 1986)

539.52-2

CP-1A

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Halt

Date: 8-31-89 Field No. 22 T10123 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 443 | AaC2 | | | |
| Land Capability Class | (9) | IIIE | | | | |
| Acres | (10) | 2.8 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 3 / .37 | / | / | / | / |
| Slope Length - Ft. | (13) | 175 | | | | |
| Slope Percent | (14) | 10 | | | | |
| LS Value | (15) | 1.81 | | | | |
| P Factor | (16) | 1 | | | | |
| C Value Before/After | (17) | .082 / .004 | / | / | / | / |
| Soil loss Before/After | (18) | 8.2 / .4 | / | / | / | / |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19 ____ = 21 8.2 Tons/Ac./Yr.
20

After 19 ____ = 21 .4 Tons/Ac./Yr.
20

Predominance test for field - Use for Water erosion. If Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = ____ x 100 = 100 Percent

LCC summary of acres - Class I ____, II ____, III 2.8, IV ____, V ____, VI ____, VII ____, VIII ____

Field is a (circle one) (Eligible) Questionable Ineligible (26)

List map units of highly erodible acres 443

Timothy W. Halt

539-20

(300-V-NMCSP, February 1986)

... OF AGRICULTURE
...ION SERVICE

CONSER... ...TION PLAN MAP

Owner: James Fuller  Operator: Jeff Cottrell
County: Coshocton  State: OH  Date: 2-5-1-99
Approximate acres: 190.8  Approximate scale: None
Cooperating with: Coshocton Soil & Water Conservation District
Plan identification: Perry 1st  Photo number: AS 43
Assisted by: Tim Holt  USDA Soil Conservation Service



CP-1

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ACCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 11 T10123 Rainfall factor (R) = 150

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 486'C | KeC | | | | |
| Land Capability Class | (9) | IIIE | | | | | |
| Acres | (10) | 17.1 | | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N | |
| T/K Value | (12) | 3 / .37 | | | | | |
| Slope Length - Ft. | (13) | 200 | | | | | |
| Slope Percent | (14) | 15 | | | | | |
| LS Value | (15) | 3.63 | | | | | |
| P Factor | (16) | 1.0 | | | | | |
| C Value Before/After | (17) | .13 / .014 | | | | | |
| Soil loss Before/After | (18) | 26.2 / 2.8 | | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19__ = 21 26.2 Tons/Ac./Yr.
20

After 19__ = 21 2.8 Tons/Ac./Yr.
20

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheets

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field × 100 = ______ × 100 = 100 Percent

LCC summary of acres - Class I ___, II ___, III 17.1, IV ___, V ___, VI ___, VII ___, VIII ___

Field is: (circle one) (Eligible) Questionable Ineligible (26)

List map units of highly erodible acres 486C.

Timothy W. Holt

539-20

(300-V-NMCSP, February 1986)

539.52-2

CP-1

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell  ASCS - Farm No. 2251

County: Coshocton  Prepared by: T. Holt

Date: 8-31-89 Field No. 12 T10123 Rainfall factor (R) = 150

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 484 | AacZ | | | | |
| Land Capability Class | (9) | IIIE | | | | | |
| Acres | (10) | 4.1 | | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N | |
| T/K Value | (12) | 3 / .37 | | | | | |
| Slope Length - Ft. | (13) | 150 | | | | | |
| Slope Percent | (14) | 14 | | | | | |
| LS Value | (15) | 2.81 | | | | | |
| P Factor | (16) | 1 | | | | | |
| C Value Before/After | (17) | .13 / .014 | | | | | |
| Soil loss Before/After | (18) | 20.3 / 2.2 | | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac./Yr./Ac. each soil type or group of soils) / Total acres in field

Before 19 ___ = 21 20.3 Tons/Ac./Yr.

After 19 ___ = 21 2.2 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field × 100 = ______ × 100 = 100 Percent

LCC summary of acres - Class I ___, II ___, III 4.1, IV ___, V ___, VI ___, VII ___, VIII ___

Field is : (circle one) - (Eligible) - Questionable - Ineligible (26)

List map units of highly erodible acres 484

Timothy W. Holt

539-20

(300-V-NHCSP, February 1986)

County Coshocton

Approximate acres

Approximate scale

Cooperating with Coshocton Soil & Water Conservation District

Plan identification

Photo number

Assisted by Tim Hoit USDA Soil Conservation Service



539.22-1

CP-1

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Halt

Date: 8-31-89 Field No. 1 T10124 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 443c | | | | |
| Land Capability Class | (9) | IIIE | | | | |
| Acres | (10) | 10.8 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 4 / .37 | | | | |
| Slope Length - Ft. | (13) | 200 | | | | |
| Slope Percent | (14) | 7 | | | | |
| LS Value | (15) | 1.18 | | | | |
| P Factor | (16) | 1 | | | | |
| C Value Before/After | (17) | .075 / .014 | | | | |
| Soil loss Before/After | (18) | 4.9 / .9 | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac./Yr. each soil type or group of soils) / Total acres in field

Before 19/20 = 21 4.9 Tons/Ac./Yr.

After 19/20 = 21 .9 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheets

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field × 100 = ______ × 100 = 100 Percent

LCC summary of acres - Class I ____, II ____, III 10.8, IV ____, V ____, VI ____, VII ____, VIII ____

Field is: (circle one) - (Eligible) - Questionable - Ineligible (26)

List map units of highly erodible acres 443C

Timothy W. Halt

539-20

(300-V-NMCSP, February 1986)

CONSERVATION PLAN MAP

Owner Delores Sidler Operator Terry Cottrell

County Coshocton State OH Date 8-31-99

Approximate acres 12.8 Approximate scale None

Cooperating with Coshocton Soil & Water Conservation District

Plan identification Perry 1st Photo number AS 42

Assisted by Tim Holt USDA Soil Conservation Service



SCS-52-2

CPIA

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 1 T10125 Rainfall factor (R) = 150

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 406D | AaC2 | | | | |
| Land Capability Class | (9) | IVE | | | | | |
| Acres | (10) | 128 | | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N | |
| T/K Value | (12) | 3 / .37 | / | / | / | / | / |
| Slope Length - Ft. | (13) | 200 | | | | | |
| Slope Percent | (14) | 13 | | | | | |
| LS Value | (15) | 2.90 | | | | | |
| P Factor | (16) | 1 | | | | | |
| C Value Before/After | (17) | .13 / .004 | / | / | / | / | / |
| Soil loss Before/After | (18) | 21.0 / .6 | / | / | / | / | / |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19/20 ______ = 21 21.0 Tons/Ac./Yr.

After 19/20 ______ = 21 0.6 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field × 100 = ______ × 100 = 100 Percent

LCC summary of acres - Class I ___, II ___, III ___, IV 128, ___, VI ___, VII ___, VIII ___

Field is a (circle one) (Eligible) Questionable - Ineligible (26)

List map units of highly erodible acres 406 D

Timothy W. Holt

539-20

(300-V-NHCSP, February 1986)

Owner: Delores Stuller Operator: ______ Date ______

County Coshocton State ______

Approximate acres 110.5 Approximate scale None

Cooperating with Coshocton Soil & Water Conservation District

Plan identification Perry 4th Photo number AS 51

Assisted by Tim Holt USDA Soil Conservation Service



# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Halt

Date: 8-31-89 Field No. 8 T10122 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 67; | | | | |
| Land Capability Class | (9) | IV-E | | | | |
| Acres | (10) | 9.8 | | | | |
| Suitable for trees - Yes - No | (11) | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 3 / .32 | | | | |
| Slope Length - Ft. | (13) | 175- | | | | |
| Slope Percent | (14) | 14 | | | | |
| LS Value | (15) | 3.03 | | | | |
| P Factor | (16) | .7 | | | | |
| C Value Before/After | (17) | .13 / .04 | | | | |
| Soil Loss Before/After | (18) | 13.2 / 1.4 | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19 / 20 = 21 13.2 Tons/Ac./Yr.

After 19 / 20 = 21 1.4 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field × 100 = ______ / ______ × 100 = 100 Percent

LCC summary of acres - Class I ____, II ____, III ____, IV 9.8, V ____, VI ____, VII ____, VIII ____

Field is a (circle one) (Eligible) Questionable Ineligible (26)

List map units of highly erodible acres 67; Timothy W. Halt

539-20

(300-V-NMCSP, February 1986)

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ACCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-87 Field No. 6 T10122 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 406 E | | | | |
| Land Capability Class | (9) | VI E | | | | |
| Acres | (10) | 4.9 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 3 / .37 | | | | |
| Slope Length - Ft. | (13) | 200 | | | | |
| Slope Percent | (14) | .14 | | | | |
| LS Value | (15) | 3.24 | | | | |
| P Factor c | (16) | .7 | | | | |
| C Value Before/After | (17) | .13 / .014 | | | | |
| Soil loss Before/After | (18) | 16.4 / 1.8 | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac./Yr.)(Ac. each soil type or group of soils) / Total acres in field

Before 19/20 ____ = 21 16.4 Tons/Ac./Yr.

After 19/20 ____ = 21 1.8 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = ____ / ____ x 100 = 100 Percent

LCC summary of acres - Class I ____, II ____, III ____, IV ____, V ____, VI 4.9, VII ____, VIII ____

Field is: (circle one) (Eligible) Questionable Ineligible (26)

List map units of highly erodible acres 406 E

Timothy W. Holt

539-20

(300-V-NMCSP, February 1986)

539-32-E

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Halt

Date: 8-31-87 Field No. 4 T1012 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 443C | | | | |
| Land Capability Class | (9) | IIIE | | | | |
| Acres | (10) | 28.1 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 4 / .37 | | | | |
| Slope Length - Ft. | (13) | 250 | | | | |
| Slope Percent | (14) | 11 | | | | |
| LS Value | (15) | 1.95 | | | | |
| P Factor | (16) | .6 | | | | |
| C Value Before/After | (17) | .13 / .014 | | | | |
| Soil loss Before/After | (18) | 8.4 / .9 | | | | |

Water erosion Summary:

Soil loss tons/Ac./Yr. for Field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19/20 ____ = 21 8.4 Tons/Ac./Yr.

After 19/20 ____ = 21 0.9 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = ____ / ____ x 100 = 100 Percent

LCC summary of acres: Class I ____, II ____, III 28.1, IV ____, V ____, VI ____, VII ____, VIII ____

Field is: (circle one) (Eligible) Questionable Ineligible (26)

List map units of highly erodible acres 443C2

Timothy W. Halt

539-20

(300-V-NHCSP, February 1986)

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 3 T1012 Rainfall factor (R) = 150

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 443c2 | | | | | |
| Land Capability Class | (9) | III E | | | | | |
| Acres | (10) | 32.9 | | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N | |
| T/K Value | (12) | 4 / .37 | | | | | |
| Slope Length - Ft. | (13) | 200 | | | | | |
| Slope Percent | (14) | 10 | | | | | |
| LS Value | (15) | 1.94 | | | | | |
| P Factor | (16) | .6 | | | | | |
| C Value Before/After | (17) | .043 / .014 | | | | | |
| Soil loss Before/After | (18) | 6.0 / .9 | | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac./Yr.)(Ac. each soil type or group of soils) / Total acres in field

Before 19 / 20 ___ = 21 6.0 Tons/Ac./Yr.

After 19 / 20 ___ = 21 0.9 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = ___ / ___ x 100 = 100 Percent

LCC summary of acres - Class I ___, II ___, III 32.9, IV ___, V ___, VI ___, VII ___, VIII ___

Field is : (circle one) (Eligible) - Questionable - Ineligible (26)

List map units of highly erodible acres 443C2

Timothy W. Holt

539-20

(300-V-NMCSP, February 1986)

539-32-2

WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 2 T1012Z Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 6C2 | | | | |
| Land Capability Class | (9) | IIIE | | | | |
| Acres | (10) | 25.3 | | | | |
| Suitable for trees - Yes - No | Y (11) N | Y N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 3 / .32 | | | | |
| Slope Length - Ft. | (13) | 200 | | | | |
| Slope Percent | (14) | 12 | | | | |
| LS Value | (15) | 2.55 | | | | |
| P Factor | (16) | .6 | | | | |
| C Value Before/After | (17) | .093 / .014 | | | | |
| Soil loss Before/After | (18) | 6.8 / 1.0 | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19/20 ______ = 21 6.8 Tons/Ac./Yr.

After 19/20 ______ = 21 1.0 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field × 100 = ______ × 100 = 100 Percent

LCC summary of acres = Class I ____, II ____, III 25.3, IV ____, V ____, VI ____, VII ____, VIII ____

Field is: (circle one) (Eligible) - Questionable - Ineligible (26)

List map units of highly erodible acres 6C2

Timothy W. Holt

539-20

(300-V-NHCSP, February 1986)

539-20-2

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Halt

Date: 8-31-89 Field No. LT10122 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 446 | | | | |
| Land Capability Class | (9) | VI E | | | | |
| Acres | (10) | 9.5 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 3 / .32 | | | | |
| Slope Length - Ft. | (13) | 175 | | | | |
| Slope Percent | (14) | 16 | | | | |
| LS Value | (15) | 3.75 | | | | |
| P Factor | (16) | .7 | | | | |
| C Value Before/After | (17) | .083 / .014 | | | | |
| Soil loss Before/After | (18) | 11.7 / 1.8 | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac./Yr.)(Ac. each soil type or group of soils) / Total acres in field

Before 19__ = 21 11.7 Tons/Ac./Yr.

After 19__ = 21 1.8 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = ______ x 100 = 100 Percent

LCC summary of acres - Class I ___, II ___, III ___, IV ___, V ___, VI 9.5, VII ___, VIII ___

Field is: (circle one) (Eligible) Questionable Ineligible (26)

List map units of highly erodible acres 446

Timothy W. Holt

539-20

(300-V-RMCSP, February 1986)

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Hait

Date: 8-31-89 Field No. 4 Tract Rainfall factor (R) = 150

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 446 B | | | | | |
| Land Capability Class | (9) | IIE | | | | | |
| Acres | (10) | 11.6 | | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) - N | Y N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 3 / .32 | | | | | |
| Slope Length - Ft. | (13) | 225 | | | | | |
| Slope Percent | (14) | 5 | | | | | |
| LS Value | (15) | .80 | | | | | |
| P Factor | (16) | 1 | | | | | |
| C Value Before/After | (17) | .008 / .44 | | | | | |
| Soil loss Before/After | (18) | .15 / .54 | | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19__ = 21 .15 Tons/Ac./Yr.

After 19__ = 21 .54 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion. If Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field × 100 = ______ × 100 = 100 Percent

LCC summary of acres - Class I ___, II 11.6, III ___, IV ___, V ___, VI ___, VII ___, VIII ___

Field is a (circle one) - Eligible - Questionable - (Ineligible) (26)

List map units of highly erodible acres ______________

Timothy W. Hatt

539.52-2

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS – Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 3T10R21 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 6c | | | | |
| Land Capability Class | (9) | IIIE | | | | |
| Acres | (10) | 6.9 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 3 / .32 | | | | |
| Slope Length - Ft. | (13) | 200 | | | | |
| Slope Percent | (14) | 6 | | | | |
| LS Value | (15) | .96 | | | | |
| P Factor | (16) | 1 | | | | |
| C Value Before/After | (17) | .004 / .014 | | | | |
| Soil loss Before/After | (18) | .21 / .64 | | | | |

Water erosion summary:

Before 19/20 = 21 .21 Tons/Ac./Yr.

After 19/20 = 21 .64 Tons/Ac./Yr.

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Predominance test for field – Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheets

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = ____ / ____ x 100 = 100 Percent

LCC summary of acres – Class I ___, II ___, III 6.9, IV ___, V ___, VI ___, VII ___, VIII ___

Field is: (circle one) – Eligible – Questionable – (Ineligible) (26)

List map units of highly erodible acres 6C

Timothy W. Holt

539.52-7

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ACCE - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 1 T1012 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 406 | | | | |
| Land Capability Class | (9) | IIIE | | | | |
| Acres | (10) | 4.3 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 3 / .37 | | | | |
| Slope Length - Ft. | (13) | 150 | | | | |
| Slope Percent | (14) | 13 | | | | |
| LS Value | (15) | 2.51 | | | | |
| P Factor | (16) | 1 | | | | |
| C Value Before/After | (17) | .004 / .014 | | | | |
| Soil loss Before/After | (18) | .5 / 1.9 | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19/20 ____ = 21 .5 Tons/Ac./Yr.

After 19/20 ____ = 21 1.9 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion. If Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field × 100 = ____ × 100 = 100 Percent

LCC summary of acres - Class I ___, II ___, III 4.3, IV ___, V ___, VI ___, VII ___, VIII ___

Field is a (circle one) - Eligible - Questionable - (Ineligible) (26)

List map units of highly erodible acres 406

Timothy W. Holt

539-20

(300-V-NMCSP, February 1986)

539.33-2

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Halt

Date: 8-31-89 Field No. 2 T1012 Rainfall factor (R) = 150

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 6C | | | | | |
| Land Capability Class | (9) | IIIE | | | | | |
| Acres | (10) | 4.2 | | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N | |
| T/K Value | (12) | 3 / .32 | | | | | |
| Slope Length - Ft. | (13) | 200 | | | | | |
| Slope Percent | (14) | .13 | | | | | |
| LS Value | (15) | 2.9 | | | | | |
| P Factor | (16) | 1 | | | | | |
| C Value Before/After | (17) | .004 / .014 | | | | | |
| Soil loss Before/After | (18) | .5 / 1.9 | | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19__ = 21 .5 Tons/Ac./Yr.

After 19__ = 21 1.9 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field × 100 = ____ / ____ × 100 = 100 Percent

LCC summary of acres - Class I ___, II ___, III 4.2, IV ___, V ___, VI ___, VII ___, VIII ___

Field is a (circle one) - Eligible - Questionable - (Ineligible) (26)

List map units of highly erodible acres 6C

Timothy W. Halt

539-20

(300-V-NHCSP, February 1986)

539.52-2

Flds 2,3,+4
8.8ac

WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 2T10124 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 406 C | | | | |
| Land Capability Class | (9) | III E | | | | |
| Acres | (10) | 8.8 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 3 / .37 | / | / | / | / |
| Slope Length - Ft. | (13) | 200 | | | | |
| Slope Percent | (14) | 8 | | | | |
| LS Value | (15) | 1.40 | | | | |
| P Factor | (16) | 1 | | | | |
| C Value Before/After | (17) | .018 / .014 | / | / | / | / |
| Soil loss Before/After | (18) | 1.4 / 1.1 | / | / | / | / |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19/20 ______ = 21 1.4 Tons/Ac./Yr.

After 19/20 ______ = 21 1.1 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheets

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field ÷ 100 = ______ ÷ 100 = 100 Percent

LCC summary of acres - Class I ___, II ___, III ___, IV ___, V ___, VI ___, VII ___, VIII ___

Field is: (circle one) - Eligible - Questionable - (Ineligible) (26)

List map units of highly erodible acres 406C

Timothy W Holt

539-20

(300-V-NMCSP, February 1986)

539-52-2.

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Halt

Date: 8-31-89 Field No. 8 T10125 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | Tg | | | | |
| Land Capability Class | (9) | IIw | | | | |
| Acres | (10) | 2.7 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 5 / .37 | | | | |
| Slope Length - Ft. | (13) | 150 | | | | |
| Slope Percent | (14) | .4 | | | | |
| LS Value | (15) | .47 | | | | |
| P Factor | (16) | 1 | | | | |
| C Value Before/After | (17) | .004 / .004 | | | | |
| Soil loss Before/After | (18) | .10 / .10 | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19 ___ = 21 .10 Tons/Ac./Yr.

After 19 ___ = 21 .10 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = ___ x 100 = 30 Percent

LCC summary of acres - Class I ___, II 2.7, III ___, IV ___, V ___, VI ___, VII ___, VIII ___

Field is : (circle one) - Eligible - Questionable - (Ineligible) (26)

List map units of highly erodible acres ___

Timothy W. Holt

539.52-7

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ACCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-88 Field No. 3 T10125 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | Kc/Ta | | | | |
| Land Capability Class | (9) | IIw | | | | |
| Acres | (10) | 12.5 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 5 / .37 | / | / | / | / |
| Slope Length - Ft. | (13) | 200 | | | | |
| Slope Percent | (14) | 2 | | | | |
| LS Value | (15) | .25 | | | | |
| P Factor | (16) | 1 | | | | |
| C Value Before/After | (17) | .004 / .014 | / | / | / | / |
| Soil loss Before/After | (18) | .05 / .2 | / | / | / | / |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19__ = 21 .05 Tons/Ac./Yr.

After 19__ = 21 .20 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = ______ x 100 = 0 Percent

LCC summary of acres - Class I ___, II 12.5, III ___, IV ___, V ___, VI ___, VII ___, VIII ___

Field is : (circle one) - Eligible - Questionable - (Ineligible) (26)

List map units of highly erodible acres ______________

Timothy W. Holt

539-20

539.52-2

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 20 T10D3 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 144 | Lo | | | |
| Land Capability Class | (9) | II W | | | | |
| Acres | (10) | 1.5 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 5 / .37 | | | | |
| Slope Length - Ft. | (13) | 200 | | | | |
| Slope Percent | (14) | 2 | | | | |
| LS Value | (15) | .25 | | | | |
| P Factor | (16) | 1 | | | | |
| C Value Before/After | (17) | .073 / .004 | | | | |
| Soil Loss Before/After | (18) | 1.0 / .05 | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac./Yr. x Ac. each soil type or group of soils) / Total acres in field

Before 19/20 ____ = 21 1.0 Tons/Ac./Yr.

After 19/20 ____ = 21 .05 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field ÷ 100 = ____ ÷ 100 = 0 Percent

LCC summary of acres - Class I ____, II 1.5, III ____, IV ____, V ____, VI ____, VII ____, VIII ____

Field is : (circle one) - Eligible - Questionable - (Ineligible) (26)

List map units of highly erodible acres ____________

Timothy W. Holt

539-20

(300-V-NHCSP, February 1986)

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 15 T1012 Rainfall factor (R) = 150

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 143 | Lo | | | | |
| Land Capability Class | (9) | IIw | | | | | |
| Acres | (10) | 1.4 | | | | | |
| Suitable for trees - Yes - No | (11) | (Y) N | Y N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 5 / .37 | | | | | |
| Slope Length - Ft. | (13) | 200 | | | | | |
| Slope Percent | (14) | 7 | | | | | |
| LS Value | (15) | .25 | | | | | |
| P Factor | (16) | .1 | | | | | |
| C Value Before/After | (17) | .11 / .004 | | | | | |
| Soil loss Before/After | (18) | 1.5 / .05 | | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19/20 ____ = 21 1.5 Tons/Ac./Yr.

After 19/20 ____ = 21 .05 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion; if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = ____ x 100 = 0 Percent

LCC summary of acres - Class I ____, II 1.4, III ____, IV ____, V ____, VI ____, VII ____, VIII ____

Field is : (circle one) - Eligible - Questionable - (Ineligible) (26)

List map units of highly erodible acres ____________

Timothy W. Holt

539-20

(300-V-NMCSP, February 1986)

539.52-2

A complete

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251
County: Coshocton Prepared by: T. Holt
Date: 8-31-89 Field No. 14 T10123 Rainfall factor (R) = 150

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 143 | Lo | | | | |
| Land Capability Class | (9) | IIw | | | | | |
| Acres | (10) | 4.2 | | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 5 / .37 | | | | | |
| Slope Length - Ft. | (13) | 200 | | | | | |
| Slope Percent | (14) | 2 | | | | | |
| LS Value | (15) | .25 | | | | | |
| P Factor | (16) | 1 | | | | | |
| C Value Before/After | (17) | .11 / .004 | | | | | |
| Soil loss Before/After | (18) | 1.5 / .05 | | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac./Yr. each soil type or group of soils) / Total acres in field

Before 19/20 ____ = 21 1.5 Tons/Ac./Yr.

After 19/20 ____ = 21 .05 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field × 100 = ____ / ____ × 100 = 0 Percent

LCC summary of acres - Class I ____, II 4.2, III ____, IV ____, V ____, VI ____, VII ____, VIII ____

Field is : (circle one) - Eligible - Questionable - (Ineligible) (26)

List map units of highly erodible acres ____________________

Timothy W. Holt

539-20

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 10 T10123 Rainfall factor (R) = 150

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 149 | Lo | | | | |
| Land Capability Class | (9) | II w | | | | | |
| Acres | (10) | 43 | | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N | |
| T/K Value | (12) | 5 / .37 | / | / | / | / | / |
| Slope Length - Ft. | (13) | 200 | | | | | |
| Slope Percent | (14) | 2 | | | | | |
| LS Value | (15) | .25 | | | | | |
| P Factor | (16) | .6 | | | | | |
| C Value Before/After | (17) | .13 / .014 | / | / | / | / | / |
| Soil loss Before/After | (18) | 1.1 / .11 | / | / | / | / | / |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19__ = 21 1.1 Tons/Ac./Yr.

After 19__ = 21 0.11 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheets

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = ______ x 100 = 0 Percent

LCC summary of acres - Class I ____, (II -W), III ____, IV ____, V ____, VI ____, VII ____, VIII ____

Field is : (circle one) - Eligible - Questionable - (Ineligible) (26)

List map units of highly erodible acres ______

Timothy W. Holt

539-20

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 9 T10123 Rainfall factor (R) = 150

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 144 | Ne/TD | | | | |
| Land Capability Class | (9) | IIw | | | | | |
| Acres | (10) | 14.2 | | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N | |
| T/K Value | (12) | 5 / .37 | | | | | |
| Slope Length - Ft. | (13) | 200 | | | | | |
| Slope Percent | (14) | 2 | | | | | |
| LS Value | (15) | .25 | | | | | |
| P Factor | (16) | .6 | | | | | |
| C Value Before/After | (17) | .15 / .014 | | | | | |
| Soil loss Before/After | (18) | 1.1 / .11 | | | | | |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac./Yr.)(Ac. each soil type or group of soils) / Total acres in field

Before 19/20 ____ = 21 1.1 Tons/Ac./Yr.

After 19/20 ____ = 21 0.11 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheets

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field x 100 = ____ / ____ x 100 = (0)% Percent

LCC summary of acres - Class I ____, II 14.2, III ____, IV ____, V ____, VI ____, VII ____, VIII ____

Field is: (circle one) - Eligible - Questionable - (Ineligible) (26)

List map units of highly erodible acres ____________________

Timothy W. Holt

539-20

(300-V-NHCSP, February 1986)

539.52-2

# WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Holt

Date: 8-31-89 Field No. 8T1023 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 446C | | | | |
| Land Capability Class | (9) | III E | | | | |
| Acres | (10) | 8.2 | | | | |
| Suitable for trees - Yes - No | Y (11) N | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 3 / .32 | / | / | / | / |
| Slope Length - Ft. | (13) | 225 | | | | |
| Slope Percent | (14) | 7 | | | | |
| LS Value | (15) | 1.26 | | | | |
| P Factor | (16) | 1 | | | | |
| C Value Before/After | (17) | .041 / .014 | / | / | / | / |
| Soil loss Before/After | (18) | 25 / 8 | / | / | / | / |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19/20 ______ = 21 25 Tons/Ac./Yr.

After 19/20 ______ = 21 8 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheets

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field ÷ 100 = ______ / ______ ÷ 100 = 100 Percent

LCC summary of acres - Class I ____, II ____, III 8.2, IV ____, V ____, VI ____, VII ____, VIII ____

Field is : (circle one) - Eligible - Questionable - (Ineligible) (26)

List map units of highly erodible acres 446C

Timothy W. Holt

539.52-2

WATER EROSION WORKSHEET

Applicant: Jeff Cottrell ASCS - Farm No. 2251

County: Coshocton Prepared by: T. Halt

Date: 8-31-89 Field No. 3T10123 Rainfall factor (R) = 150

| | | | | | | |
|---|---|---|---|---|---|---|
| Soil Map Unit Symbol(s) | (8) | 486 | CoC | | | |
| Land Capability Class | (9) | IVe | | | | |
| Acres | (10) | 5.3 | | | | |
| Suitable for trees - Yes - No | (11) | (Y) N | Y N | Y N | Y N | Y N |
| T/K Value | (12) | 3 / .37 | / | / | / | / |
| Slope Length - Ft. | (13) | 175 | | | | |
| Slope Percent | (14) | 19 | | | | |
| LS Value | (15) | 2.81 | | | | |
| P Factor | (16) | .1 | | | | |
| C Value Before/After | (17) | .004 / .014 | / | / | / | / |
| Soil loss Before/After | (18) | .62 / 2.2 | / | / | / | / |

Water erosion summary:

Soil loss tons/Ac./Yr. for field = (Tons/Ac.)(Ac. each soil type or group of soils) / Total acres in field

Before 19/20 = 21 .62 Tons/Ac./Yr.

After 19/20 = 21 2.2 Tons/Ac./Yr.

Predominance test for field - Use for Water erosion, if Wind and Water are both present use Wind Erosion Worksheet:

Percent of field highly erodible = Highly erodible cropland acres / Total acres in field ÷ 100 = ______ / ______ ÷ 100 = 100 Percent

LCC summary of acres - Class I ____, II ____, III ____, IV 5.3, V ____, VI ____, VII ____, VIII ____

Field is: (circle one) - Eligible - Questionable - (Ineligible) (26)

List map units of highly erodible acres 486

Timothy W. Halt

539-20

EXHIBIT D

Page 1 of 3

Form Approved - OMB No. 0560-0092

CCC-478
(04-23-96)

U.S. DEPARTMENT OF AGRICULTURE
Commodity Credit Corporation

PRODUCTION FLEXIBILITY CONTRACT

1. County Office Name, Address, and Telephone Number
COSHOCTON COUNTY FSA OFFICE (614)622-8087
724 S 7TH ST
COSHOCTON OH 43812-2396

2. ST. & CO. Code
39-031

3. Farm Number
2903

THIS CONTRACT TO PARTICIPATE is entered into between the Commodity Credit Corporation (CCC) and the undersigned producers on the farm identified above for the crop(s) identified in column 4. The terms and conditions of the production flexibility contract are contained in the CCC-478 Appendix, entitled "Appendix to Form CCC-478 Production Flexibility Contract". By signing this contract, the undersigned producers on the farm identified above are participating in the production flexibility program for the crop(s) identified in column 4. By signing this contract, producers (1) acknowledge receipt of the CCC-478 Appendix, and agree to abide by the terms contained therein, and (2) agree to comply with the regulations governing the applicable program and payment eligibility and limitation provisions. This program or activity will be conducted on a nondiscriminatory basis without regard to race, color, sex, religion, national origin, age, marital status or disability.

| 4. Crop | 5. Contract Acreage | 6. Payment Yield |
|---|---|---|
| WHEAT | 34.9 | 36 |
| OATS | 1.8 | 47 |
| CORN | 179.7 | 98 |
| 7. TOTAL CONTRACT ACREAGE | 216.4 | |

OWNER/PRODUCER Name & Address ID NO.280 34 1715
DUANE COTTRELL
34395 COUNTY ROAD 402
WARSAW, OH 438449552

| YEAR | | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|
| Crops | Adv. Payment | N | N | N | N | N | N | N |
| WHEAT | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| OATS | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| CORN | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |

Other Farms: 2875

Signature: | Date:

OWNER/PRODUCER Name & Address ID NO.271 38 0282
TANYA LEVERING
7810 BLACKJACK RD
MOUNT VERNON, OH 430509483

| YEAR | | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|
| Crops | Adv. Payment | N | N | N | N | N | N | N |
| WHEAT | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| OATS | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| CORN | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |

Other Farms: 2902

Signature: | Date:

EXHIBIT
tabbies
P 13

Form Approved - OMB No. 0560-0092

CCC 478
(04-23-96)

U.S. DEPARTMENT OF AGRICULTURE
Commodity Credit Corporation

PRODUCTION FLEXIBILITY CONTRACT

1. County Office Name, Address, and Telephone Number
COSHOCTON COUNTY FSA OFFICE (614)622-8087
724 S 7TH ST
COSHOCTON OH 43812 2396

2. ST. & CO. Code
39-031

3. Farm Number
2903

PRODUCER CERTIFICATION SECTION CONTINUED

OWNER/PRODUCER Name & Address ID NO.279 38 6804
NANCY COTTRELL
34395 COUNTY ROAD 402
WARSAW, OH 438449552

| YEAR | | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|
| Crops | Adv. Payment | N | N | N | N | N | N | N |
| WHEAT | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| OATS | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| CORN | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |

Other Farms: 2875 2902

Signature: X Nancy K. Cottrell | Date: X July 2, 1996

OWNER/PRODUCER Name & Address ID NO.279 56 6773
MARY HALDEMAN
7420 SHARP RD
MOUNT VERNON, OH 430509412

| YEAR | | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|
| Crops | Adv. Payment | N | N | N | N | N | N | N |
| WHEAT | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| OATS | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| CORN | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |

Other Farms: 2902

Signature: Mary Haldeman | Date: July 17, 1996

OWNER/PRODUCER Name & Address ID NO.302 32 0677
JAMES M STULLER
419 MARKET ST
DANVILLE, OH 430149609

| YEAR | | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|
| Crops | Adv. Payment | N | N | N | N | N | N | N |
| WHEAT | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| OATS | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| CORN | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |

Other Farms: 2902

Signature: | Date:

Page 3 of 3

Form Approved - OMB No. 0560-0092

CCC-478
(04-23-96)

U.S. DEPARTMENT OF AGRICULTURE
Commodity Credit Corporation

PRODUCTION FLEXIBILITY CONTRACT

1. County Office Name, Address, and Telephone Number
COSHOCTON COUNTY FSA OFFICE (614)622-8087
724 S 7TH ST
COSHOCTON OH 43812 2396

2. ST. & CO. Code 39-031

3. Farm Number 2903

PRODUCER CERTIFICATION SECTION CONTINUED

OWNER/PRODUCER Name & Address ID NO.777 77 7777

UNDESIGNATED

| YEAR | | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|
| Crops | Adv. Payment | N | N | N | N | N | N | N |
| WHEAT | % Share | ALL | ALL | ALL | ALL | ALL | ALL | ALL |
| OATS | % Share | ALL | ALL | ALL | ALL | ALL | ALL | ALL |
| CORN | % Share | ALL | ALL | ALL | ALL | ALL | ALL | ALL |
| Other Farms: | | | | | | | | |

Signature: | Date:

8. REMARKS

Jeffrey Cottrell 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
34739 County Road 402
Warsaw, OH 43844-9552

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 20[illegible] |
|---|---|---|---|---|---|---|
| .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .00[illegible] |

Signature: [signature] 7/12/96 cash rent part of rand subject to 2 cut acre lease 100% payment to Nancy Cottrell

9. CCC Representative's Signature | Date:

Page 1 of

Form Approved - OMB No. 0560-0092

| | | |
|---|---|---|
| CCC-478 (04-23-96) | U.S. DEPARTMENT OF AGRICULTURE Commodity Credit Corporation<br><br>PRODUCTION FLEXIBILITY CONTRACT | 1. County Office Name, Address, and Telephone Number<br>COSHOCTON COUNTY FSA OFFICE (614)622-8087<br>724 S 7TH ST<br>COSHOCTON OH 43812-2396 |
| | | 2. ST. & CO. Code 39-031 / 3. Farm Number 2903 |

THIS CONTRACT TO PARTICIPATE is entered into between the Commodity Credit Corporation (CCC) and the undersigned producers on the farm identified above for the crop(s) identified in column 4. The terms and conditions of the production flexibility contract are contained in the CCC-478 Appendix, entitled "Appendix to Form CCC-478 Production Flexibility Contract". By signing this contract, the undersigned producers on the farm identified above are participating in the production flexibility program for the crop(s) identified in column 4. By signing this contract, producers (1) acknowledge receipt of the CCC-478 Appendix, and agree to abide by the terms contained therein, and (2) agree to comply with the regulations governing the applicable program and payment eligibility and limitation provisions. This program or activity will be conducted on a nondiscriminatory basis without regard to race, color, sex, religion, national origin, age, marital status or disability.

| 4. Crop | 5. Contract Acreage | 6. Payment Yield |
|---|---|---|
| Wheat | 34.9 | |
| Oats | 1.8 | |
| Corn | 179.7 | |
| | | |
| | | |
| | | |
| 7. TOTAL CONTRACT ACREAGE | 216.4 | |

OWNER/PRODUCER Name & Address ID NO. 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

| Crops | YEAR | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|
| | Adv. Payment | N | N | N | N | N | N | N |
| Wheat | % Share | All | All | All | All | All | All | All |
| Oats | % Share | All | All | All | All | All | All | All |
| Corn | % Share | All | All | All | All | All | All | All |
| | % Share | | | | | | | |
| | % Share | | | | | | | |
| | % Share | | | | | | | |
| | % Share | | | | | | | |
| Other Farms | | | | | | | | |

Signature: Date

Page of

Form Approved - OMB No. 0560-0092

CCC-478
(04-23-96)

U.S. DEPARTMENT OF AGRICULTURE
Commodity Credit Corporation

PRODUCTION FLEXIBILITY CONTRACT

1. County Office Name, Address, and Telephone Number
COSHOCTON COUNTY FSA OFFICE
724 S 7TH ST
COSHOCTON OH 43812 2396
(614)622-8087

2. ST. & CO. Code
39-031

3. Farm Number

PRODUCER CERTIFICATION SECTION CONTINUED

OWNER/PRODUCER Name & Address ID NO.

| Crops | YEAR | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|
| | Adv. Payment | | | | | | | |
| | % Share | | | | | | | |
| | % Share | | | | | | | |
| | % Share | | | | | | | |
| | % Share | | | | | | | |
| | % Share | | | | | | | |
| | % Share | | | | | | | |
| | % Share | | | | | | | |

Other Farms:

Signature: Date:

8. REMARKS Shares in dispute, reference attached PFC's for producers signatures.

9. CCC Representative's Signature William S. Daugherty Date: 7-31-96

EXHIBIT
P61



Form Approved - OMB No. 0560-0092

CCC-478
(04-23-96)

U.S. DEPARTMENT OF AGRICULTURE
Commodity Credit Corporation

PRODUCTION FLEXIBILITY CONTRACT

1. County Office Name, Address, and Telephone Number
COSHOCTON COUNTY FSA OFFICE (614)622-8087
724 S 7TH ST
COSHOCTON OH 43812-2396

2. ST. & CO. Code 39-031

3. Farm Number 2902

THIS CONTRACT TO PARTICIPATE is entered into between the Commodity Credit Corporation (CCC) and the undersigned producers on the farm identified above for the crop(s) identified in column 4. The terms and conditions of the production flexibility contract are contained in the CCC-478 Appendix, entitled 'Appendix to Form CCC-478 Production Flexibility Contract'. By signing this contract, the undersigned producers on the farm identified above are participating in the production flexibility program for the crop(s) identified in column 4. By signing this contract, producers (1) acknowledge receipt of the CCC-478 Appendix, and agree to abide by the terms contained therein, and (2) agree to comply with the regulations governing the applicable program and payment eligibility and limitation provisions. This program or activity will be conducted on a nondiscriminatory basis without regard to race, color, sex, religion, national origin, age, marital status or disability.

| 4. Crop | 5. Contract Acreage | 6. Payment Yield |
|---|---|---|
| WHEAT | 6.3 | 36 |
| OATS | .3 | 47 |
| CORN | 32.6 | 98 |
| 7. TOTAL CONTRACT ACREAGE | 39.2 | |

OWNER/PRODUCER Name & Address ID NO.296 76 4611
JEFFREY COTTRELL
34739 COUNTY ROAD 402
WARSAW, OH 438449552

| YEAR | | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|
| Crops | Adv. Payment | N | N | N | N | N | N | N |
| WHEAT | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| OATS | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| CORN | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |

Other Farms:

covered by 700+ lease 100% share

Signature: [signature] Cottrell |Date: 7/12/96 Nancy Cottrell

OWNER/PRODUCER Name & Address ID NO.271 38 0282
TANYA LEVERING
7810 BLACKJACK RD
MOUNT VERNON, OH 430509483

| YEAR | | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|
| Crops | Adv. Payment | N | N | N | N | N | N | N |
| WHEAT | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| OATS | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| CORN | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |

Other Farms: 2903

Signature: |Date:

Form Approved - OMB No. 0560-0092

CCC-478
(04-23-96)

U.S. DEPARTMENT OF AGRICULTURE
Commodity Credit Corporation

PRODUCTION FLEXIBILITY CONTRACT

1. County Office Name, Address, and Telephone Number
COSHOCTON COUNTY FSA OFFICE (614)622-8087
724 S 7TH ST
COSHOCTON OH 43812 2396

2. ST. & CO. Code 39-031

3. Farm Number 2902

PRODUCER CERTIFICATION SECTION CONTINUED

OWNER/PRODUCER Name & Address ID NO.279 38 6804
NANCY COTTRELL
34395 COUNTY ROAD 402
WARSAW, OH 438449552

| YEAR | | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|
| Crops | Adv. Payment | N | N | N | N | N | N | N |
| WHEAT | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| OATS | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| CORN | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |

Other Farms: 2875 2903

Signature: X *Nancy K. Cottrell* | Date: X *July 2, 1996*

OWNER/PRODUCER Name & Address ID NO.279 56 6773
MARY HALDEMAN
7420 SHARP RD
MOUNT VERNON, OH 430509412

| YEAR | | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|
| Crops | Adv. Payment | N | N | N | N | N | N | N |
| WHEAT | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| OATS | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| CORN | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |

Other Farms: 2903

Signature: *Mary Haldeman* | Date: *July 12, 1996*

OWNER/PRODUCER Name & Address ID NO.302 32 0677
JAMES M STULLER
419 MARKET ST
DANVILLE, OH 430149609

| YEAR | | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|
| Crops | Adv. Payment | N | N | N | N | N | N | N |
| WHEAT | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| OATS | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| CORN | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |

Other Farms: 2903

Signature: | Date:

Form Approved - OMB No. 0560-0092

CCC-478
(04-23-96)

U.S. DEPARTMENT OF AGRICULTURE
Commodity Credit Corporation

PRODUCTION FLEXIBILITY CONTRACT

1. County Office Name, Address, and Telephone Number
COSHOCTON COUNTY FSA OFFICE (614)622-8087
724 S 7TH ST
COSHOCTON OH 43812 2396

2. ST. & CO. Code
39-031

3. Farm Number
2902

PRODUCER CERTIFICATION SECTION CONTINUED

OWNER/PRODUCER Name & Address ID NO.777 77 7777

UNDESIGNATED

| YEAR | | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|
| Crops | Adv. Payment | N | N | N | N | N | N | N |
| WHEAT | % Share | ALL | ALL | ALL | ALL | ALL | ALL | ALL |
| OATS | % Share | ALL | ALL | ALL | ALL | ALL | ALL | ALL |
| CORN | % Share | ALL | ALL | ALL | ALL | ALL | ALL | ALL |

Other Farms:

Signature: | Date:

8. REMARKS

9. CCC Representative's Signature | Date:

CCC-478R NOTE THIS IS NOT A CONTRACT TO PARTICIPATE Page 1 of 1

State/Code OHIO /39 USDA-FSA-CCC
County/Code COSHOCTON /031 PRODUCTION FLEXIBILITY WORKSHEET | Date 07 02 96 | Farm No. 2902

Operator JEFFREY COTTRELL Cropland 58.1 | Identifier
Effective Cropland 58.1 | 87

| | WHEAT | CORN | OATS | TOTALS |
|---|---|---|---|---|
| 1 Participating | YES | YES | YES | |
| 2 Contract Acreage | 6.3 | 32.6 | .3 | 39.2 |
| 3 Payment Acres | 5.4 | 27.7 | .3 | 33.4 |
| 4 Payment Yield | 36 | 98 | 47 | |

5 Estimated Payment Range (May include SL & NL amounts)

| | Wheat | | Corn | | Oats | |
|---|---|---|---|---|---|---|
| 1996 | $170 - | $198 | $652 - | $760 | $0 - | $0 |
| 1997 | $119 - | $144 | $1,249 - | $1,493 | $0 - | $1 |
| 1998 | $126 - | $156 | $977 - | $1,167 | $0 - | $1 |
| 1999 | $122 - | $154 | $950 - | $1,140 | $0 - | $1 |
| 2000 | $111 - | $142 | $869 - | $1,059 | $0 - | $1 |
| 2001 | $89 - | $115 | $706 - | $842 | $0 - | $0 |
| 2002 | $87 - | $111 | $679 - | $814 | $0 - | $0 |

6 Total Estimated Payment Range (SL & NL for all crops)

| | | | |
|---|---|---|---|
| 1996 | $822 | - | $958 |
| 1997 | $1,368 | - | $1,638 |
| 1998 | $1,103 | - | $1,324 |
| 1999 | $1,072 | - | $1,295 |
| 2000 | $980 | - | $1,202 |
| 2001 | $795 | - | $957 |
| 2002 | $766 | - | $925 |

NOTE: The payments listed are only estimated ranges which may include SL & NL amounts. The estimated ranges may vary depending on the Actual Rates at the time the Final Payments are made. This does not take into consideration the number of Producers, their Shares in the farm, or any changes in the Payment Acres, Yields, Rates, Eligibility, or Permitted Shares.

SEE CCC-478P FOR PRODUCER PAYMENT DATA. THIS IS NOT THE CONTRACT TO PARTICIPATE.

Esd 96

C - .25079171 x 27.7 x 98 = 681

W SL .63030745 x 5.4 x 36 = 123 > 170

NL .22346068 x 5.4 x 36 = 47

O SL .02507541 x .3 x 47 = 0 > 0

NL .00775404 x .3 x 47 = 0

EXHIBIT E

# MINUTES OF COSHOCTON COUNTY COMMITTEE

TIME: 9:00 A.M.
DATE: August 7, 1996
PLACE: Coshocton County FSA Office

Persons present: Dale R. Hedrick, Chairperson
Bill S. Daugherty, Vice Chairperson
Bob Hoobler, Member
Michael Jacob, CED

The following subjects were discussed, and action as indicated was taken:

1. ADMINISTRATIVE

A. Darla Markley met with COC.

B. The minutes of the July 10th and 24th COC meeting were reviewed and approved as written.

C. The COC approved time and attendance sheets for CED and COC members. Travel authorization was given to CED for upcoming meetings in August.

2. PRODUCTION ADJUSTMENT

A. Darla Markley met with COC.

B. CED, as redelegated, approved CCC-478's for payment for the following farms:

| | | | |
|---|---|---|---|
| 10 | Steven Westhoefer | 50 | Eric Deibel/W Endlich |
| 335 | Glen Holt | | |
| 505 | Simon Dudgeon | 622 | Porteus Bros/MWCD |
| 641 | Porteus Bros/MWCD | 909 | George Bechtol |
| 950 | Eric Deibel/Dale Caley | 963 | Charles Marlatt |
| 992 | Mike Mosholder | 1016 | Mike Mosholder/MWCD |
| 1017 | Burke Farm/MWCD | 1090 | Brian Babb |
| 1117 | Garry Wolford | 1169 | Floyd Harris |
| 1215 | Garry Wolford | 1443 | Ronald Goedel |
| 1532 | Helen Crowthers | 1749 | Mike Mosholder/MWCD |
| 1750 | Mike Mosholder/MWCD | 1751 | Mike Mosholder/MWCD |
| 1758 | George Darr/J Hackenbracht | 1795 | Paul Kilpatrick |
| 1807 | Blair Porteus | 1818 | Donald Balo |
| 2014 | Lawrence Hettinger | 2159 | Porteus Bros/MWCD |
| 2161 | Porteus Bros/MWCD | 2319 | Garry Wolford |
| 2320 | Garry Wolford | 2344 | Michael Cummings |
| 2377 | Excello Co. | 2580 | Steven Westhoefer |
| 2646 | John Pahoundis | 2697 | Rick Haines |
| 2728 | Porteus Bros/MWCD | 2745 | Mt Zion Properties |
| 2770 | Bakersville Garage | 2801 | Leon Ross |
| 2841 | Rodney Lacy | | |
| 2883 | Debbie Clark | 2898 | Michael Boals |
| 2922 | Delores Widder | 2957 | Bradley Richard |
| 2961 | Michael Boals | 2985 | Jack Veigel |
| 3014 | Mark Houston | 3029 | Frederick Gross |
| 3032 | Marjorie Huff | 3037 | Hedrick Brothers |
| 3038 | David Baxter | 3039 | Gregory Dobson |

C. CED, as redelegated, approved CCC 478's for enrollment for the following farms:

| | | | |
|---|---|---|---|
| 144 | Oden Murray/G. Finlay | 327 | Heinz & Elisabeth Reisser |
| 1090 | Brian Babb | 2817 | Diana Reisser |
| 2875 | Jeffrey Cottrell | 2902 | Duane Cottrell |
| 2903 | Duane Cottrell | | |

D. COC reviewed final numbers from the 1996 Production Flexibility AMTA program. Coshocton county had 657 farms sign into the program. These farms accounted for over 97% of the base eligible for enrollment in the county. COC noted the quality effort of the program assistants in the office in handling the large increase of participation as compared to previous years.

3. CROP INSURANCE

A. Darla Markley met with COC.

B. The COC set the following corn yield for CAT purposes according to Ohio Notice RM-192. Farm 2557, Donald Ramsey, Corn yield 95. Comparable farms 2549,2876,1209.

4. PAYMENT LIMITATION

A. Sandra Wilson met with COC.

B. The COC reviewed and approved 1996 CCC-502EZ's according to 1PL (Rev. 1), par. 272, 273 and 393. COC made "actively engaged" and "person" determination for the following:

| | | |
|---|---|---|
| Pahoundis | Wesley | Norris |
| Welling | Harris | Lorenz |
| Thomas | Huff | Caley |
| Clark | Lacy | Haines |
| Boals | Hartsock | Houston |

C. The COC reviewed and approved 1996 CCC-502A's according to 1PL (Rev. 1), par. 272, 272 and 393. COC made "actively engaged" and "person" determinations for the following:

Hettinger Westhoefer

D. The COC reviewed and approved 1996 CCC-502C's and related 501A's according to 1PL (Rev. 1), par.'s 313, 314 and 393. COC made "actively engaged" and "person" determinations for the following entities.

Excello Fabric Finishers

5. COMPLIANCE

A. Sandra Wilson met with COC.

B. No action taken.

UNITED STATES DEPARTMENT OF AGRICULTURE
COSHOCTON COUNTY FARM SERVICE AGENCY
724 South 7th Street
Coshocton, OH 43812
(614) 622-8087

EXHIBIT F

October 27, 1997

Jeff Cottrell
34739 County Road 402
Warsaw, OH 43844

Dear Mr. Cottrell,

Attached, please find references from our handbook that deals with information available to the public. Exhibit 4, paragraph 2, page 2, first bullet indicates what tenants and other producers on a farm are entitled to concerning farm records. We have records of your interest in the previously indicated farm as being on a "338 acre lease" that expired on December 31, 1996, and a "200+ acre lease" which was assigned to a third party. If you have other leases for the property, they are unknown to this office. Since one lease has expired and the other assigned to a third party, it appears your interest as tenant/operator for our purposes has ended. Therefore, information on the CRP program for this individual farm for the current year can not be released.

There has been no change on the status of the 7-year PFC program payment for 1996.

For the County Committee,

Michael A. Jacob
County Executive Director

United States Department of Agriculture

EXHIBIT G

NRCS
Natural Resources Conservation Service
P.O. Box 2890
Washington, D.C. 20013

APR 2 2 2004

Mr. Jeff Cottrell
12467 Baker Road
Saint Louisville, Ohio 43071

Dear Mr. Cottrell:

We have received your email message dated March 25, 2004, to Chief Bruce I. Knight of the Natural Resources Conservation Service (NRCS), concerning your 1989 Conservation Reserve Program (CRP) contract. In addition, we have your March 31, 2004 email message to Malcolm L. Henning, NRCS CRP Program Manager, containing additional questions and your mailing address. Your letter has been referred to me for response.

Your email message of March 25, 2004, sets out a long history of concerns you have expressed with regard to participation in CRP and you have asked if there are administrative appeals that can be applied to your situation. CRP is administered by the Farm Service Agency (FSA), formerly the Agricultural Stabilization and Conservation Service. NRCS provides technical assistance in support of CRP. Therefore, any administrative appeals related to participation in CRP must be made to FSA.

From your messages, it appears that you have exhausted your administrative appeals with FSA related to your 1989 CRP contract. Accordingly, there is no action that NRCS can take with regard to the matters that you set out in your March 25, 2004 email message.

With regard to the matter that you indicated in your March 31, 2004 email message, you will need to consult with FSA regarding the availability of administrative appeals relating to your 1996/1997 CRP involvement.

Thank you for your letter.

Sincerely,

Thomas W. Christensen
JOSE J. ACEVEDO Acting for
Deputy Chief for Programs

The Natural Resources Conservation Service provides leadership in a partnership effort to help people conserve, maintain, and improve our natural resources and environment.

An Equal Opportunity Provider and Employer