# In The United States Court of Federal Claims

Cover Sheet 05-990

Plaintiff(s) or Petitioner(s) Jeffrey D. Cottrell

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] John T. Ryerson

Firm Name:

Post Office Box: P.O. Box 1824

Street Address:

City-State-Zip: Columbus, Ohio 43216

Telephone & Facsimile Numbers: 740-392-9295 / 740-427-5618

E-mail address: Jryerson@columbus.rr.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 2

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A G E

**See attached Sheet for three digit code.**

Amount Claimed: $ 221,571

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003