IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEFFREY D. COTTRELL, Plaintiff, | ) | |
| v. | ) | No. 05-990C (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of KELLY B. BLANK as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

KELLY B. BLANK
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

S/ KELLY B. BLANK
KELLY B. BLANK
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Tel: (202) 353-7578
Fax: (202) 353-7988

October 17, 2005

CERTIFICATE OF FILING

I hereby certify that on October 17, 2005, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ KELLY B. BLANK