# In the United States Court of Federal Claims

No. 05-990 C

(Filed: October 19, 2005)

****************************************
**JEFFREY D. COTTRELL,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

On September 13, 2005, this case was designated as an electronic case in the court's case management/electronic filing (CM/ECF) system, however Plaintiff has not yet obtained an ECF account. Plaintiff will not obtain any further filings in this case without an ECF account.

Plaintiff is hereby ORDERED to obtain an ECF account on or before November 2, 2005.

The Clerk of the Court is ORDERED to serve a copy of this order on Plaintiff in paper form.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge