IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEFFREY D. COTTRELL, Plaintiff, | ) | |
| v. | ) | No. 05-990C (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including December 29, 2005, within which to file a response to the complaint in the above-captioned matter. Our response is currently due on November 14, 2005. This is our first request for an enlargement of time for this purpose. Despite sending an email, dated November 8, 2005, to counsel for plaintiff to ascertain plaintiff’s position upon this motion, defendant's counsel has not yet been contacted by plaintiff’s counsel. Defendant’s counsel also attempted to contact counsel for plaintiff by telephone on November 7, 2005, but was informed by a pre-recorded message that the telephone number provided was no longer in service.

The requested enlargement of time is necessary because defendant's counsel has not yet received a litigation report from the United States Department of Agriculture (“USDA”) in order to respond to the complaint. See 28 U.S.C. § 520. An enlargement

of 45 days will allow defendant's counsel additional time to assemble and evaluate relevant records obtained from the USDA, as well as allow defendant's counsel time to review the case, coordinate our response with the relevant agencies, and obtain necessary internal review.

For the foregoing reasons, we respectfully request that the Court grant our motion to enlarge the time within which we may respond to the plaintiff's complaint by 45 days, to and including December 29, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ BRYANT G. SNEE
BRYANT G. SNEE
Assistant Director

S/ KELLY B. BLANK
KELLY B. BLANK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel: (202) 353-7578
Fax: (202) 353-7988

November 8, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 8, 2005, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, I caused to be placed in the United States mail (first class mail, postage prepaid), copies of "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" addressed as follows:

John T. Ryerson
P.O. Box 1824
Columbus, OH 43216

/s/ KELLY B. BLANK