# In the United States Court of Federal Claims

No. 05-990 C

(Filed: November 15, 2005)

****************************************
**JEFFREY D. COTTRELL,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## ORDER

On September 13, 2005, this case was designated as an electronic case in the Court's electronic case filing (ECF) system, and Plaintiff was instructed to obtain an ECF account.

On October 19, 2005, Plaintiff had still not obtained an ECF account and was ordered to do so on or before November 2, 2005. Plaintiff continues to ignore the Court's repeated admonitions.

Plaintiff is hereby ORDERED to obtain an ECF account on or before December 9, 2005. Plaintiff is further ORDERED to file a notice with the Court providing a working telephone number on or before the same date. If Plaintiff fails to comply with this order, the case will be dismissed for failure to heed the Court's orders.

The Clerk of the Court is ORDERED to serve a copy of this order on Plaintiff in paper form.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge