# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEFFREY D. COTTRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-990 C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF CHANGE OF PHONE NUMBER FOR PLAINTIFF'S COUNSEL

Now comes John T. Ryerson, Counsel for Plaintiff, and pursuant to court order hereby corrects his office phone numbers as follows:

Office: (614) 202-0998

Facsimile: (740) 427-5618

Counsel's address is unchanged as P.O. Box 1824, Columbus, Ohio 43216.

Respectfully submitted,

S/ JOHN T. RYERSON
JOHN T. RYERSON
P.O. Box 1824
Columbus, Ohio 43216
Tel: (614) 202-0998
Fax: (740) 427-2560

December 9, 2005 Attorney for Plaintiff

## CERTIFICATE OF FILING

I hereby certify that on December 9, 2005, a copy of the foregoing "NOTICE OF CHANGE OF PHONE NUMBER FOR PLAINTIFF'S COUNSEL" was filed electronically. I understand that a notice of this filing will be sent to all parties by

operation of the Court's electronic filing system. Parties may access this filing though the Court's system

S/ JOHN T. RYERSON