# In the United States Court of Federal Claims

No. 05-990 C

(Filed: February 1, 2006)

****************************************
**JEFFREY D. COTTRELL,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

On January 31, 2006, Plaintiff filed a response to Defendant's motion to dismiss. Although the filing is deficient (it was untimely and did not include a table of contents as required by Rule 5.2), the court will accept it. The Plaintiff shall ensure, however, that all future court filings comply with the rules of the court. In addition, where a filing would be untimely, the party must first move for, and be granted, leave of court to file the document.

As to Plaintiff's request to file a supplemental response once additional depositions are taken, Plaintiff must file a separate motion to make this request. In that motion, Plaintiff shall state whether his motion is opposed by Defendant and why Plaintiff believes such additional information will be relevant in ruling on Defendant's motion.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge