**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

JEFFREY D. COTTRELL,

Plaintiff,

-vs- Case No: 05-990C

THE UNITED STATES, (Chief Judge Damich)

Defendant.

**PLAINTIFF'S MOTION FOR LEAVE TO ACCEPT FILING OF ATTACHED APPENDIX INSTANTER**

Now comes Plaintiff Jeffrey D. Cottrell, by and through counsel, and moves this Court for an Order accepting the filing of his attached Appendix to his Memorandum in Opposition to Defendant's Motion to Dismiss.

The reason for this Motion is that Plaintiff's Counsel inadvertently left the copies off of his previous filing of his Memorandum in Opposition, although they were referenced in that document.

Respectfully submitted,

S/JOHN T. RYERSON

JOHN T. RYERSON
Attorney
P.O. Box 1824
Columbus, Ohio 43216
(614) 202-0998
Fax (740) 427-5618

Attorney for Plaintiff

# CERTIFICATE OF FILING

I hereby certify that on February 9, 2006 a copy of the foregoing "PLAINTIFF'S MOTION FOR LEAVE TO ACCEPT FILING OF ATTACHED APPENDIX INSTANTER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/S/ JOHN T. RYERSON