**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

JEFFREY D. COTTRELL,

Plaintiff,

-vs- Case No: 05-990C

THE UNITED STATES, (Chief Judge Damich)

Defendant.

**PLAINTIFF'S APPENDIX TO MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

JOHN T. RYERSON
Attorney
P.O. Box 1824
Columbus, Ohio 43216
(614) 202-0998
Fax (740) 427-5618

Attorney for Plaintiff

# INDEX TO APPENDIX


| Item | Page |
| --- | --- |
| Volume I | |
| Handwritten note from Loran Stutz to file, dated 8/8/89 | 1 |
| Cover sheet to Conservation Plan, dated 8/31/89 | 2 |
| Handwritten note from Loran Stutz to file, dated 9/5/89 | 3 |
| Letter from acting state executive director, Ohio ASCS Office, to Coshocton County ASC Committee, dated 9/28/89 | 4 |
| Letter from Loran Stutz dated 11/27/89 | 5 |
| Handwritten note from Loran Stutz to file dated 3/15/90 | 6 |
| Handwritten note from Jeffrey Cottrell dated 3/15/90 | 7 |
| Selected excerpts of deposition transcript of Loran Stutz dated 8/19/93 | 8 |
| Handwritten note from Loran Stutz to Steve Lovejoy, dated 10/18/93 | 12 |
| Findings of Fact and Conclusions of Law, Coshocton County Court of Common Pleas Case No. 97-CI-386, filed 5/26/00 | 13 |
| Volume II | |
| Judgment Entry in Case No: C-2-99-282, Jeffrey D. Cottrell v. Dan Glickman, Issued by Judge James Graham, United States District Court, Southern District of Ohio, filed 7/18/00 | 1 |
| Volume III | |
| Minutes of the Coshocton County Committee, 8/2/96 | 1 |
| Letter from Jeffrey Cottrell to Michael Jacob, dated 10/4/97 | 3 |
| Letter from Jeffrey Cottrell to Michael Jacob, dated 10/23/97 | 4 |
| Letter from Jeffrey Cottrell to NAD Director, dated 1/9/00 | 5 |
| Request for Farm Reconstitution filed 10/14/97 | 6 |

| | |
|---|---|
| Handwritten note in file, apparently written by Michael Jacob, dated 10/27/97 | 12 |
| Letter from Michael Jacob to Jeffrey Cottrell, dated 10/27/97 | 13 |
| Letter from Michael Jacob to Jeffrey Cottrell, dated 1/8/01 | 14 |
| Letter from Ohio State FSA Office to Juanell Smart, NAD, dated 3/26/01 | 15 |
| Letter from Nancy Smith, NAD, to Jeffrey Cottrell, dated 5/1/01 | 16 |
| Letter from Nancy Smith, NAD, to Jeffrey Cottrell, dated 6/26/01 | 18 |
| Minutes of Coshocton County Committee, dated 8/8/01 | 19 |
| Letter from Michael Jacob to Jeffrey Cottrell, dated 8/15/01 | 21 |
| Letter from Board of Contract Appeals to Jeffrey Cottrell, dated 10/1/01 | 23 |
| Form CCC-478 Production Flexibility Contract dated 9/17/01 | 24 |
| Letter from Michael Jacob to Jeffrey Cottrell, dated 10/22/01 | 25 |
| Handwritten notes from Loran Stutz in Jeffrey Cottrell's file | 26 |
| Letter from Steven Lovejoy to Office of General Counsel dated 4/20/94 | 27 |
| Letter from Michael Jacob to Jeffrey Cottrell dated 2/2/04 | 28 |