EXHIBIT P3

# MINUTES OF COSHOCTON COUNTY COMMITTEE

TIME: 9:00 A.M.
DATE: August 7, 1996
PLACE: Coshocton County FSA Office

Persons present: Dale R. Hedrick, Chairperson
Bill S. Daugherty, Vice Chairperson
Bob Hoobler, Member
Michael Jacob, CED

The following subjects were discussed, and action as indicated was taken:

1. ADMINISTRATIVE

A. Darla Markley met with COC.

B. The minutes of the July 10th and 24th COC meeting were reviewed and approved as written.

C. The COC approved time and attendance sheets for CED and COC members. Travel authorization was given to CED for upcoming meetings in August.

2. PRODUCTION ADJUSTMENT

A. Darla Markley met with COC.

B. CED, as redelegated, approved CCC-478's for payment for the following farms:

| | | | |
|---|---|---|---|
| 10 | Steven Westhoefer | 50 | Eric Deibel/W Endlich |
| 335 | Glen Holt | | |
| 505 | Simon Dudgeon | 622 | Porteus Bros/MWCD |
| 641 | Porteus Bros/MWCD | 909 | George Bechtol |
| 950 | Eric Deibel/Dale Caley | 963 | Charles Marlatt |
| 992 | Mike Mosholder | 1016 | Mike Mosholder/MWCD |
| 1017 | Burke Farm/MWCD | 1090 | Brian Babb |
| 1117 | Garry Wolford | 1169 | Floyd Harris |
| 1215 | Garry Wolford | 1443 | Ronald Goedel |
| 1532 | Helen Crowthers | 1749 | Mike Mosholder/MWCD |
| 1750 | Mike Mosholder/MWCD | 1751 | Mike Mosholder/MWCD |
| 1758 | George Darr/J Hackenbracht | 1795 | Paul Kilpatrick |
| 1807 | Blair Porteus | 1818 | Donald Balo |
| 2014 | Lawrence Hettinger | 2159 | Porteus Bros/MWCD |
| 2161 | Porteus Bros/MWCD | 2319 | Garry Wolford |
| 2320 | Garry Wolford | 2344 | Michael Cummings |
| 2377 | Excello Co. | 2580 | Steven Westhoefer |
| 2646 | John Pahoundis | 2697 | Rick Haines |
| 2728 | Porteus Bros/MWCD | 2745 | Mt Zion Properties |
| 2770 | Bakersville Garage | 2801 | Leon Ross |
| 2841 | Rodney Lacy | | |
| 2883 | Debbie Clark | 2898 | Michael Boals |
| 2922 | Delores Widder | 2957 | Bradley Richard |
| 2961 | Michael Boals | 2985 | Jack Veigel |
| 3014 | Mark Houston | 3029 | Frederick Gross |
| 3032 | Marjorie Huff | 3037 | Hedrick Brothers |
| 3038 | David Baxter | 3039 | Gregory Dobson |

515

C CED, as redelegated, approved CCC 478's for enrollment for the following farms:

| | | | |
|---|---|---|---|
| 144 | Oden Murray/G. Finlay | 327 | Heinz & Elisabeth Reisser |
| 1090 | Brian Babb | 2817 | Diana Reisser |
| 2875 | Jeffrey Cottrell | 2902 | Duane Cottrell |
| 2903 | Duane Cottrell | | |

D. COC reviewed final numbers from the 1996 Production Flexibility AMTA program. Coshocton county had 657 farms sign into the program. These farms accounted for over 97% of the base eligible for enrollment in the county. COC noted the quality effort of the program assistants in the office in handling the large increase of participation as compared to previous years.

3. CROP INSURANCE

A. Darla Markley met with COC.

B. The COC set the following corn yield for CAT purposes according to Ohio Notice RM-192. Farm 2557, Donald Ramsey, Corn yield 95. Comparable farms 2549,2876,1209.

4. PAYMENT LIMITATION

A. Sandra Wilson met with COC.

B. The COC reviewed and approved 1996 CCC-502EZ's according to 1PL (Rev. 1), par. 272, 273 and 393. COC made "actively engaged" and "person" determination for the following:

| | | |
|---|---|---|
| Pahoundis | Wesley | Norris |
| Welling | Harris | Lorenz |
| Thomas | Huff | Caley |
| Clark | Lacy | Haines |
| Boals | Hartsock | Houston |

C. The COC reviewed and approved 1996 CCC-502A's according to 1PL (Rev. 1), par. 272, 272 and 393. COC made "actively engaged" and "person" determinations for the following:

Hettinger Westhoefer

D. The COC reviewed and approved 1996 CCC-502C's and related 561A's according to 1PL (Rev. 1), par.'s 313, 314 and 393. COC made "actively engaged" and "person" determinations for the following entities.

Excello Fabric Finishers

5. COMPLIANCE

A. Sandra Wilson met with COC.

B. No action taken.

S15

October 4, 1997

Jeff Cottrell
34739 County Road 402
Warsaw, Ohio 43844

Coshocton County FSA
724 South 7th Street
Coshocton, Ohio 43812
Attention: Mike Jacob

Dear Mr. Jacob:

Thank You for your letter dated October 3, 1997.

In your letter you refer to a assignment of transfer of my lease rights and a copy was supposed to be enclosed. I did not receive this copy. At this time I can not elaborate on this matter. I would appreciate a copy of this document you are referring to. I would also appreciate a copy of any and all documents that you reply upon to deny my rights according to your letter.

Let me clarify a important matter. There are two leases governing the rights to the property of Lucille Stuller (deceased). I did not assign my rights to anyone regarding the 338 acre lease. This lease also contained a first option of all the property in Coshocton County. I recall seeing a order from Knox County that showed this lease being terminated;however, the appellant reversal on my behalf of which I enclosed a front page copy,changed that determination by the Knox County Court. It was my understanding my attorney Clyde Kahrl of Mt.Vernon sent you a copy of this ruling.

In short, let me set forth my previous request of which you did not address the 7 year program issues. Enclosed is a request outlined by the freedom of information act.This letter also constitutes my request for an appeals if my rights are denied.Thank You for your time.

Sincerely,

Jeff Cottrell

RECEIVED
OCT 0 7 1997
COSHOCTON FSA OFFICE

October 23, 1997

Jeff Cottrell
34739 County Road 402
Warsaw, Ohio 43844

Coshocton County FSA
724 S Seventh Street
Coshocton, Ohio 43812
Attention: Mike Jacob,CED and County Commitee

Gentlemen:

I am writing in regards to my previous request and the 7 year contract that exist between us.

To date I have not received my requests as outlined in previous letters. I have requested an appeals if my rights are denied of which I have not heard any response. If these documents cross in the mail with this letter, I apologize for any inconvience; however, if not, please advise when my request will be addressed.

Thank You for your time.

Sincerely,

Jeff Cottrell

RECEIVED
OCT 27 1997
COSHOCTON FSA OFFICE

1997
FSA OFFICE

January 9, 2000

Jeff Cottrell
P.O Box 39
Bladensburg, Ohio 43005

NAD Director
National Appeals Division
Eastern Region
8909 Purdue Road
Suite 240
Indianapolis, Indiana 46268

RE: Requests for appeals

Dear Sir:

I would appreciate in receiving an appeals regarding the letter attached as well as the follows:
1-determination if FSA is a federal entity or state entity?
2-contract drafted in 1996, I was producer on contract.I requested a reconstitution of which I was denied by CED. I exercised my options thus made me a owner per regulations. I was not given opportunity to modify contract per instructions that at a later date contract would be changed. I was not a partry to a 1997 reconstitution and coumty committee meeting regarding this contract.
3-owners have adopted scheme to prevent payment and exercise of option
4-state court ruled regarding these payments, all disputes settled and this issue was not appealed by other parties to this contract for higher appeals court for review.
5-contract should be paid with interest as requested.

Please advise of further procedure as required per request.Thank You for your time.

Kind Regards,

Jeff Cottrell

REPRODUCE LOCALLY. Include form number and date on all reproductions. Form Approved - OMB No. 0560-0025

FSA-155 (09-18-97) USDA-FSA

**REQUEST FOR FARM RECONSTITUTION**

1. FSA State and County Name and Address
COSHOCTON FSA OFFICE
724 SOUTH 7TH STREET
COSHOCTON, OH 43812

2. Reconstitution No.:

3. Type of Reconstitution
Farm Combination [ ] Farm Division [ ] Tract Division [X] Tract Combination [ ]

4. Reason for Reconstitution: Lease dispute Settled

5. Approximate Date of Chan[ge]: 10-24-97

NOTE: The following statement is made in accordance with the Privacy Act of 1974 (5 USC 552a) and the Paperwork Reduction Act of 1995, as amended. The authority for requesting the followin[g] information is the Agricultural Market Transition Act of 1996, as amended. The information will be used to reconstitute your farming operation. Furnishing the requested information is volu[ntary]. Failure to furnish and file the requested information will result in the denial of further monies or other program benefits as required by existing law and regulations (Pub. L. 87-703). This in[formation] may be provided to other agencies, IRS, Department of Justice, or other State and Federal Law enforcement agencies, and in response to a court magistrate or administrative tribunal. Th[e] provisions of criminal and civil fraud statutes, including 18 USC 286, 287, 371, 651, 1001; 15 USC 714m; and 31 USC 3729, may be applicable to the information provided.

Federal Agencies may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Public repo[rting] burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and mai[ntaining the] data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including s[uggestions] for reducing this burden, to Department of Agriculture, Clearance Officer, OIRM (OMB No. 0560-0025), Stop 7630, Washington, D.C. 20250-7630. RETURN THIS COMPLETED FOR[M TO] YOUR COUNTY FSA OFFICE.

6. FARM IDENTIFICATION

| A. Farm or Tract No. | B. Total Farmland | C. Total Cropland | D. Total AG Use | E. Farm Identifier | F. Operator | G. Owner |
|---|---|---|---|---|---|---|
| 2903/T10543 | 276 | 142.1 | 142.1 | B7-1 | Jeff Cottrell | T. Levering, N Cottrell, M Heldeman, J Stuller |

EXHIBIT P60

| H. Resulting Farm or Tract No. | I. Total Farmland | J. Total Cropland | K. Total AG Use | L. Farm Identifier | M. Operator | N. Owner |
|---|---|---|---|---|---|---|
| | 121 | ~~58.2~~ 62.8 | ~~58.2~~ 62.8 | B7-1 | Nancy Cottrell | T Levering, N Cottrell, M Haldeman, J. Stuller |
| | 155 | ~~83.9~~ 79.3 | ~~83.9~~ 79.3 | B7-1 | Duane Cottrell | T Levering, N Cottrell, M Haldeman, J Stuller |

7. METHOD OF DIVISION

| A. Crop | B. Parent Farm Contract Acres/Allotments/Quotas | Estate | Designation | Contribution | AG Use | Cropland | History | CRP Allocation |
|---|---|---|---|---|---|---|---|---|
| Corn | 78.7 | | | | | ✓ | | |
| Wheat | 15.4 | | | | | ✓ | | |
| Oats | 0.8 | | | | | ✓ | | |

(C. Check (✓) Appropriate Method)

*This program or activity will be conducted on a nondiscriminatory basis without regard to race, color, religion, national origin, age, sex, marital status or disability.*

8. DIVISION BY OWNER DESIGNATION, ESTATE, OR CRP ALLOCATION

511

FSA-155 *(Reverse)* (09-18-97)

| A. Parent Farm | B. Tract No. | C. Crop | D. Contract Acres /Allotments/ Quotas | E. Resulting Farms | | | |
|---|---|---|---|---|---|---|---|
| | | | | Farm/Tract No.: | | Farm/Tract No.: | |
| | | | | Contract Acres/Allotments/ Quotas | Percentage (Tobacco/Peanuts Only) | Contract Acres/Allotments/ Quotas | Percentage (Tobacco/Peanuts Only) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*I, the undersigned, agree to the above designation of contract acres, allotments, and quotas, which serves as a memorandum of understanding between seller and purchaser.*

| F. Seller's Signature | Date | G. Purchaser's Signature | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | YES | NO |
|---|---|---|
| 9. Is this a partial reconstitution? If "Yes", what crops will remain with the parent farm? *(Tobacco & Peanuts only)*: | | X |
| 10. Will there be an adverse effect to any producer by reconstituting any crops? If "Yes", what crops? | | X |
| 11. Is the parent farm in CRP? | | X |
| 12. If combination, will combined farm be operated as a single farming unit? N/A | | |
| 13. Are there any adverse HELC flags on farms or tracts being combined? If "Yes", refer to NRCS | | X |
| 14. Has cost share assistance been received for any lifespan conservation practices? | | X |
| If "Yes", has new owner and/or operator been informed of requirements? | | X |

**15. CERTIFICATION AND AGREEMENT**

*I, the undersigned, certify that to the best of my knowledge and belief the information shown above is correct and I request and agree to the reconstitution. The results of the reconstitution are shown on the COC report. The report will be made available upon request after all signatures are obtained.*

| A. Signature of Operator/Owner | B. Date | C. Signature of Operator/Owner | D. Date |
|---|---|---|---|
| Nancy K. Cottrell | 10/24/97 | | |
| | | | |
| | | | |
| | | | |

*This action applies to reconstitution of farms, allotments, quotas, contract acreage.*

| 16A. County Committeeperson Signature | Date | 16B. County Committee Action |
|---|---|---|
| | | APPROVED ☐ DISAPPROVED ☐ |

S11

REPRODUCE LOCALLY. Include form number and date on all reproductions

Form Approved - OMB No. 0560-0025

FSA-155
(09-18-97)

USDA-FSA

# REQUEST FOR FARM RECONSTITUTION

1. FSA State and County Name and Address

COSHOCTON FSA OFFICE
724 SOUTH 7TH STREET
COSHOCTON, OH 43812

2. Reconstitution No.:

3. Type of Reconstitution

Farm Combination [X] Farm Division [ ] Tract Division [ ] Tract Combination [ ]

4. Reason for Reconstitution

Lease dispute settled

5. Approximate Date of Change

10-24-97

NOTE: *The following statement is made in accordance with the Privacy Act of 1974 (5 USC 552a) and the Paperwork Reduction Act of 1995, as amended. The authority for requesting the following information is the Agricultural Market Transition Act of 1996, as amended. The information will be used to reconstitute your farming operation. Furnishing the requested information is voluntary. Failure to furnish and file the requested information will result in the denial of further monies or other program benefits as required by existing law and regulations (Pub. L. 87-703). This information may be provided to other agencies, IRS, Department of Justice, or other State and Federal Law enforcement agencies, and in response to a court magistrate or administrative tribunal. The provisions of criminal and civil fraud statutes, including 18 USC 286, 287, 371, 651, 1001; 15 USC 714m; and 31 USC 3729, may be applicable to the information provided.*

*Federal Agencies may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Agriculture, Clearance Officer, OIRM (OMB No. 0560-0025), Stop 7630, Washington, D.C. 20250-7630. RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE.*

## 6. FARM IDENTIFICATION

| A. Farm or Tract No. | B. Total Farmland | C. Total Cropland | D. Total AG Use | E. Farm Identifier | F. Operator | G. Owner |
|---|---|---|---|---|---|---|
| 2902 | 221. | 58.1 | 58.1 | B7 | Jeff Cottrell | T. Levering, N. Cottrell, M. Haldeman, J. Stuller |
| | 121 | ~~58.2~~ 62.8 | ~~58.2~~ 62.8 | B7 | Duane Cottrell | T Levering, N Cottrell, M Haldeman, J Stuller |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| H. Resulting Farm or Tract No. | I. Total Farmland | J. Total Cropland | K. Total AG Use | L. Farm Identifier | M. Operator | N. Owner |
|---|---|---|---|---|---|---|
| | 342 | ~~116.3~~ 120.9 | ~~116.3~~ 120.9 | B7 | Nancy Cottrell | T Levering, N Cottrell, M Haldeman, J. Stuller |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## 7. METHOD OF DIVISION

| A. Crop | B. Parent Farm Contract Acres/Allotments/Quotas | C. Check (√) Appropriate Method: Estate | Designation | Contribution | AG Use | Cropland | History | CRP Allocation |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

*This program or activity will be conducted on a nondiscriminatory basis without regard to race, color, religion, national origin, age, sex, marital status or disability.*

## 8. DIVISION BY OWNER DESIGNATION, ESTATE, OR CRP ALLOCATION

SH

SA-155 *(Reverse)* (09-18-97)

| A. Parent Farm | B. Tract No. | C. Crop | D. Contract Acres /Allotments/ Quotas | E. Resulting Farms | | | |
|---|---|---|---|---|---|---|---|
| | | | | Farm/Tract No.: | | Farm/Tract No.: | |
| | | | | Contract Acres/Allotments/ Quotas | Percentage (Tobacco/Peanuts Only) | Contract Acres/Allotments/ Quotas | Percentage (Tobacco/Peanuts Only) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*the undersigned, agree to the above designation of contract acres, allotments, and quotas, which serves as a memorandum of nderstanding between seller and purchaser.*

| . Seller's Signature | Date | G. Purchaser's Signature | Date |
|---|---|---|---|
| | | | |
| | | | |

| | YES | NO |
|---|---|---|
| Is this a partial reconstitution? If "Yes", what crops will remain with the parent farm? *(Tobacco & Peanuts only):* | | ✓ |
| 0. Will there be an adverse effect to any producer by reconstituting any crops? If "Yes", what crops? | | ✓ |
| 1. Is the parent farm in CRP? | | ✓ |
| 2. If combination, will combined farm be operated as a single farming unit? | | ✓ |
| 3. Are there any adverse HELC flags on farms or tracts being combined? If "Yes", refer to NRCS | | ✓ |
| 4. Has cost share assistance been received for any lifespan conservation practices? | | ✓ |
| If "Yes", has new owner and/or operator been informed of requirements? | | ✓ |

. CERTIFICATION AND AGREEMENT

*I, the undersigned, certify that to the best of my knowledge and belief the information shown above is correct and I request and agree to the reconstitution. The results of the reconstitution are shown on the COC report. The report will be made available upon request after all signatures are obtained.*

| Signature of Operator/Owner | B. Date | C. Signature of Operator/Owner | D. Date |
|---|---|---|---|
| Nancy K. Cottrell | 10/24/97 | | |
| | | | |
| | | | |
| | | | |

*is action applies to reconstitution of farms, allotments, quotas, contract acreage.*

| A. County Committeeperson Signature | Date | 16B. County Committee Action |
|---|---|---|
| | | APPROVED ☐ DISAPPROVED ☐ |

S11

REPRODUCE LOCALLY. Include form number and date on all reproductions

Form Approved - OMB No. 0560-0025

FSA-155 (09-18-97) USDA-FSA

# REQUEST FOR FARM RECONSTITUTION

1. FSA State and County Name and Address: COSHOCTON FSA OFFICE, 724 SOUTH 7TH STREET, COSHOCTON, OH 43812

2. Reconstitution No.:

3. Type of Reconstitution: Farm Combination [ ] Farm Division [X] Tract Division [ ] Tract Combination [ ]

4. Reason for Reconstitution: Lease dispute Settled

5. Approximate Date of Change: 10-24-97

NOTE: *The following statement is made in accordance with the Privacy Act of 1974 (5 USC 552a) and the Paperwork Reduction Act of 1995, as amended. The authority for requesting the following information is the Agricultural Market Transition Act of 1996, as amended. The information will be used to reconstitute your farming operation. Furnishing the requested information is voluntary. Failure to furnish and file the requested information will result in the denial of further monies or other program benefits as required by existing law and regulations (Pub. L. 87-703). This information may be provided to other agencies, IRS, Department of Justice, or other State and Federal Law enforcement agencies, and in response to a court magistrate or administrative tribunal. The provisions of criminal and civil fraud statutes, including 18 USC 286, 287, 371, 651, 1001; 15 USC 714m; and 31 USC 3729, may be applicable to the information provided.*

*Federal Agencies may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Agriculture, Clearance Officer, OIRM (OMB No. 0560-0025), Stop 7630, Washington, D.C. 20250-7630. RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE.*

## 6. FARM IDENTIFICATION

| A. Farm Tract No. | B. Total Farmland | C. Total Cropland | D. Total AG Use | E. Farm Identifier | F. Operator | G. Owner |
|---|---|---|---|---|---|---|
| 2903 | 749 | 319.3 | 319.3 | A84, A7-2, B21 07-3 | Jeff Cottrell | T. Levering, N Cottrell M. Haldeman, J. Staller |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| H. Resulting Farm or Tract No. | I. Total Farmland | J. Total Cropland | K. Total AG Use | L. Farm Identifier | M. Operator | N. Owner |
|---|---|---|---|---|---|---|
| | 121 | 62.8 | 62.8 | B-7 (NEW TRACT) | Nancy Cottrell | T. Levering, N. Cottrell M. Haldeman, J. Staller |
| | 628 | ~~261.8~~ 256.5 | ~~261.8~~ 256.5 | T10121, T10122 T10124, T10125 (NEW TRACT) | Duane Cottrell | T. Levering, N. Cottrell M. Haldeman, J. Staller |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## 7. METHOD OF DIVISION

| A. Crop | B. Parent Farm Contract Acres/Allotments/Quotas | Estate | Designation | Contribution | AG Use | Cropland | History | CRP Allocation |
|---|---|---|---|---|---|---|---|---|
| Corn | ~~34.9~~ 179.7 | | | ✓ 1st | | ✓ 2nd | | |
| Wheat | ~~1.8~~ 34.9 | | | ✓ 1st | | ✓ 2nd | | |
| Oats | 1.8 | | | ✓ 1st | | ✓ 2nd | | |
| | | | | | | | | |
| | | | | | | | | |

(C. Check (✓) Appropriate Method applies to columns Estate through CRP Allocation.)

*This program or activity will be conducted on a nondiscriminatory basis without regard to race, color, religion, national origin, age, sex, marital status or disability.*

## 8. DIVISION BY OWNER DESIGNATION, ESTATE, OR CRP ALLOCATION

S11

FSA-155 *(Reverse)* (09-18-97)

| A. Parent Farm | B. Tract No. | C. Crop | D. Contract Acres /Allotments/ Quotas | E. Resulting Farms — Farm/Tract No.: Contract Acres/Allotments/ Quotas | Percentage (Tobacco/Peanuts Only) | Farm/Tract No.: Contract Acres/Allotments/ Quotas | Percentage (Tobacco/Peanuts Only) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*I, the undersigned, agree to the above designation of contract acres, allotments, and quotas, which serves as a memorandum of understanding between seller and purchaser.*

| F. Seller's Signature | Date | G. Purchaser's Signature | Date |
|---|---|---|---|
| | | | |
| | | | |

| | YES | NO |
|---|---|---|
| 9. Is this a partial reconstitution? If "Yes", what crops will remain with the parent farm? *(Tobacco & Peanuts only)*: | | ✓ |
| 10. Will there be an adverse effect to any producer by reconstituting any crops? If "Yes", what crops? | | ✓ |
| 11. Is the parent farm in CRP? | | ✓ |
| 12. If combination, will combined farm be operated as a single farming unit? N/A | | ✓ |
| 13. Are there any adverse HELC flags on farms or tracts being combined? If "Yes", refer to NRCS | | ✓ |
| 14. Has cost share assistance been received for any lifespan conservation practices? | | ✓ |
| If "Yes", has new owner and/or operator been informed of requirements? | | ✓ |

**15. CERTIFICATION AND AGREEMENT**

*I, the undersigned, certify that to the best of my knowledge and belief the information shown above is correct and I request and agree to the reconstitution. The results of the reconstitution are shown on the CCC report. The report will be made available upon request after all signatures are obtained.*

| A. Signature of Operator/Owner | B. Date | C. Signature of Operator/Owner | D. Date |
|---|---|---|---|
| Harry K. Cottrell | 10/24/97 | | |
| | | | |
| | | | |
| | | | |

*This action applies to reconstitution of farms, allotments, quotas, contract acreage.*

| 16A. County Committeeperson Signature | Date | 16B. County Committee Action |
|---|---|---|
| | | APPROVED ☐ DISAPPROVED ☐ |

S11

EXHIBIT
P 55

James Staller
↳ Stopped in 10-22-97

Disputed in court the option to purchase on the court ⇒

338 acre lease expired

200+ acre lease is in effect, but it is not clear where 200+ acres are situated on the farm

Survey done; to give Jeff a place to live, lease given
Crowthers house included in the area that Jim took from 402 south, includes house pasture

Jim ~~[illegible]~~ indicated that the 200+ acre lease coverage can not be determined by COC, it needs to be determined by a court of law.

Action will be taken by others involved if a payment is made on anything past 200+ acres as indicated in previously filed survey

Fence in field very close to survey line. 200+

~~[illegible]~~ By drawing another line, ~~acreage~~ rights ~~are~~ infriged upon

S12

EXHIBIT
P56

UNITED STATES DEPARTMENT OF AGRICULTURE
COSHOCTON COUNTY FARM SERVICE AGENCY
724 South 7th Street
Coshocton, OH 43812
(614) 622-8087

October 27, 1997

Jeff Cottrell
34739 County Road 402
Warsaw, OH 43844

Dear Mr. Cottrell,

Attached, please find references from our handbook that deals with information available to the public. Exhibit 4, paragraph 2, page 2, first bullet indicates what tenants and other producers on a farm are entitled to concerning farm records. We have records of your interest in the previously indicated farm as being on a "338 acre lease" that expired on December 31, 1996, and a "200+ acre lease" which was assigned to a third party. If you have other leases for the property, they are unknown to this office. Since one lease has expired and the other assigned to a third party, it appears your interest as tenant/operator for our purposes has ended. Therefore, information on the CRP program for this individual farm for the current year can not be released.

There has been no change on the status of the 7-year PFC program payment for 1996.

For the County Committee,

Michael A. Jacob
Michael A. Jacob
County Executive Director

514

(A)

USDA

United States Department of Agriculture

Farm Service Agency

Coshocton County FSA Office
724 South 7th Street
Coshocton, OH 43812
Phone: (740) 622-8087
Fax: (740) 622-7047

January 8, 2001

Jeff Cottrell
P.O. Box 39
Bladensburg, OH 43005

Dear Mr. Cottrell,

In a meeting on September 27, 2000, the Coshocton County FSA Committee reaffirmed its determination that Farm numbers 2903 and 2904 have disputed shares. The procedures used to make this determination are found in Handbook 1-PF, paragraph 255 (attached). The County Committee continues to indicate the following information can assist in determining the validity of this dispute: agreement by all parties as to the acreage covered by the leases associated with this acreage; deeds filed at the county recorder's office showing ownership, and a legal description agreed to by each owner/leasee agreeing to such acreage. A final court determination may also be provided.

As you can see by subparagraph 255A, County Committees have no authority to settle payment disputes. It is up to the parties involved to reach agreement. Once the parties have settled the dispute, all normal program regulations must be met (producer eligibility, land eligibility, etc.) before the contract can be approved.

This determination is an issue that is generally applicable to all participants and producers, and therefore is not appealable. If you wish to request a review of the appealability of this determination, you may file a request no later than 30 days after the date of this letter with the following reviewing authority: NAD Director, National Appeals Division, Eastern Region, 8909 Purdue Road, Suite 240, Indianapolis, IN 46268.

For the County Committee,

Michael A. Jacob
County Executive Director

Cc: Rick Borland, Ohio State FSA Office

USDA United States Department of Agriculture
Farm Service Agency
Ohio State FSA Office
Room 540 Federal Building
200 North High Street
Columbus, OH 43215-2495

March 26, 2001

RECEIVED
2001
COSHOCTON FSA OFFICE

National Appeals Division
Juanell L. Smart
8909 Purdue Road, Suite 240
Indianapolis, IN 46268

Dear Ms. Smart:

Attached are the supporting documents, policies, procedures and regulations used by the Agency in making their determination.

**APPEAL SUMMARY OUTLINE**
**Case No. 2001E000524**

**In the matter of:** Jeff Cottrell
**Represented By:**
**Farm Number(s)** 2902 & 2903, Coshocton County
**Date of Review:**
**Reviewing Officer:** Juanell L. Smart
**FSA Representative:** Rick Borland, (614-255-2446)
**Attachments:** Supporting Documents, Code of Federal Regulations, and Handbook References

The Agency believes the issue is one of general applicability that applies to all producers when the producers of a disputed share CCC-478 (Production Flexibility Contract) are unable to reach an agreement (1-PF, paragraph 255 F,) Exhibit-1. Also, policy found in 1-PF, paragraph 255A, Exhibit-2, states County Committee's SHALL not settle division of payment disputes. 7 CFR § 1412.304 (a) and (2) (b) Exhibit-3 reaffirms this issue.

This case stems back prior to 1996 when Mr. Cottrell and other family members could not agree who had controlling interest in the 2 farms, Exhibit-4. Several civil court decisions have been handed down only to be appealed to a higher court. The fact that Mr. Owens' letter dated March 14, 2001 (Exhibit-5) indicates that "An appeal to the Supreme Court may be pending," reaffirms the Coshocton County Committees determination that FSN-2902 and FSN-2903 continue to have disputed shares (Exhibit-6).

Should you have question, contact the PF/COMP/RM Section of this office at 614-255-2446.

Sincerely,

for Robert Cole
Acting State Executive Director

Attachments

cc: Coshocton County FSA Committee, memo only
Jim Rex, DD, memo only

USDA

*UNITED STATES DEPARTMENT OF AGRICULTURE*
*NATIONAL APPEALS DIVISION*
*OFFICE OF THE SECRETARY*
*WASHINGTON, D C 20250*

May 1, 2001

Mr. Jeff Cottrell
P. O. Box 39
Blandensburg, Ohio 43005

Dear Mr. Cottrell:

This responds to your January 9, 2001, request that the National Appeals Division (NAD), determine whether you may appeal the January 8, 2001, decision of the Farm Service Agency (Agency), NAD Case No. 2001E000524.

The Agency denied your request for Production Flexibility Contract (PFC) payment because the division of payment shares for FSN-2902 and FSN 2903 is still in dispute. You contend that the court has ruled and that all disputes have been settled.

Title 7 of the Code of Federal Regulations (CFR) Section 1412.304 requires that all parties eligible to receive a share of the contract payment agree to the division of the contract payment. In this case you do not dispute the Agency's charge that you and the other family members have not reached an agreement to the division of shares. Further, there is no provision in the regulations that would allow the Agency to settle division-of-payment disputes. Agency Handbook 1-PF, paragraph 255 A, prohibits the County Committee from settling division-of-payment disputes.

Therefore, in accordance with 7 Code of Federal Regulations, Section 11.6, I have made the following **final** determination:

> **The Agency decision is not appealable because it is a matter of general applicability.**

The Department of Agriculture (USDA) prohibits discrimination in all it s programs and activities on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, or marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326W, Whitten Building, 1400 Independence Avenue, SW, Washington, DC 20250-9410 or call (202) 720-5964 (voice and TDD). USDA is an equal opportunity provider and employer.

Sincerely,

Nancy L. Smith
Deputy Director

USDA

UNITED STATES DEPARTMENT OF AGRICULTURE
NATIONAL APPEALS DIVISION
OFFICE OF THE SECRETARY
WASHINGTON, D C 20250

June 26, 2001

Mr. Jeff Cottrell
P. O. Box 39
Blandensburg, Ohio 43005

Re: NAD Case No. 2001E000524

Dear Mr. Cottrell:

This relates to your letter of May 8, 2001, requesting reconsideration of the appealability determination issued May 1, 2001 in the above-referenced case. The appealability determination pertained to the adverse decision letter of January 8, 2001.

Regulations at 7 Code of Federal Regulations (CFR) Part 11 provide that a National Appeals Division (NAD) determination of appealability is final and not appealable. 7 CFR 11.6.

A final NAD determination is reviewable by any United States District Court of competent jurisdiction in accordance with Chapter 7 of Title 5, United States Code.

The Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, or marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326W, Whitten Building, 1400 Independence Avenue, SW, Washington, DC 20250-9410 or call (202) 720-5964 (voice and TDD). USDA is an equal opportunity provider and employer.

Sincerely,

Nancy L. Smith
Deputy Director

# MINUTES OF COSHOCTON COUNTY COMMITTEE

TIME: 9:00 A.M.
DATE: August 8, 2001
PLACE: Coshocton County FSA Office

Persons present: Bob Hoobler, Chairperson
David Bower, Vice Chairperson
Bill Daugherty, Member
Judith Finlay, Advisor
Michael Jacob, CED

The following subjects were discussed, and action as indicated was taken:

1. ADMINISTRATIVE

A. Darla Markley met with COC.

B. The minutes of the July 11, 2001 COC meeting were reviewed and approved as written.

C. Time and attendance sheets for CED and COC members were reviewed and approved. Travel authorization was given to CED for meetings.

D. County office expense and budget reports were reviewed for fiscal year 2001. The Administrative Expenditures Report was also reviewed by COC and all expenditures verified.

E. COC discussed various aspects of the proposed 2001 farm bill as presented by the House Agriculture Committee. It was noted that many program items seem to return to ideals from pre-Freedom-To-Farm policies. Discussion and future proposals on the new farm bill will be monitored closely.

F. CED informed COC that there has not been any further progress on placing a STC for Ohio. STO personnel seem to think one will be in place within a week or two.

2. PRODUCTION FLEXIBILITY

A. Darla Markley met with COC.

B. COC reviewed and approved CCC-505 due to land being taken out of crop production according to 1-PF Par. 380D

Farm 3228 Tri Mac Inc Reduced corn 16.0 acres

C. COC reviewed contents of an emergency spending bill for agriculture which was passed by both houses of Congress and has been sent to the President for signature this week. Included in this bill is additional funding for persons participating in AMTA, WAMLAP, Oilseed, and various other programs. Once approved, payments are to be disbursed by the end of September.

D. COC reviewed CCC-478 filed for farms 2902 and 2903. These farms had previously been determined to be under a dispute of shares. After reviewing all pertinent information available to them, the COC determined this dispute of payment has been settled. The CCC-478s were disapproved based upon procedure in handbook 1-PF, subparagraph 253A. This procedure indictes a producer can not receive a share of the CCC-478 contract which is greater than the land owned/leased.

Applicants will be notified and gien appeal rights. COC also advises CED to inform applicants that an amended application with shares that follow program provisions may be submitted to COC for further review.

3. NAP/EMERGENCY PROGRAMS

A. Sandra Wilson met with COC.

B. No action taken.

4. PAYMENT LIMITATION

A. Sandra Wilson met with COC.

B. The COC reviewed and approved 2001 CCC-502EZ's according to 1PL (Rev. 1), par. 272, 273 and 393. COC made "actively engaged" and "person" determination for the following:

| | | |
|---|---|---|
| Untied | Powell | Noble Farms |
| Bennett | Frye | Lewis |
| Hackenbracht | Hackenbracht | Troyer |
| Foster | Tumblin | |

C. The COC reviewed and approved 2001 CCC-502C's and related 501A's according to 1PL (Rev. 1), par.'s 313, 314 and 393. COC made "actively engaged" and "person" determinations for the following entities.

Mt. Zion

5. COMPLIANCE

A. Sandra Wilson met with COC.

B. Reported to the COC about 940 farms certified for this year.

6. FARM LOANS

A. Sandra Wilson met with COC.

B. No action taken.

USDA

United States Department of Agriculture

Farm Service Agency

Coshocton County FSA Office
724 South 7th Street
Coshocton, OH 43812
Phone: (740) 622-8087
Fax: (740) 622-7047

August 15, 2001

Jeffrey Cottrell
12467 Baker Road
Saint Louisville, OH 43071

Dear Mr. Cottrell,

The Coshocton County FSA Committee met on August 8, 2001 and reviewed the status of the 1996 Production Flexibility Contract (PFC) on FSA farm numbers 2902 and 2903 (Lucille Stuller Estate).

The County Committee has determined the lease dispute has been settled. The Committee will consider Jeff Cottrell as owner/lessor for the 1996 crop year and Nancy Cottrell as tenant/lessee for the 1996 crop year. These determinations were made based upon the findings of fact and conclusions of law found in Case numbers 97-CI-386 and 98-CI-184 of the Coshocton County Court of Common Pleas. Also considered was an assignment of leasehold filed between Jeff Cottrell and Nancy Cottrell in December, 1994.

The County Committee reviewed the revised CCC-478 filed by Nancy Cottrell and Jeff Cottrell for the 1996 crop year. After reviewing applicable program procedures, the Committee determined to disapprove this application. This was done in accordance with handbook 1-PF, subparagraph 253A. This procedure is attached and shows specific eligibility regulations when all or a portion of the acreage is cash leased. The assignment of leasehold filed in 1994 and determined valid by the Coshocton County Court of Common Pleas establishes Nancy Cottrell as the leasee.

The Committee will allow you to file an amended application with share divisions that follow the program procedures set forth in the above referenced paragraph.

If you believe this determination by the County Committee is in error, you may elect one of the options in the following sequence:

- Reconsideration from the County Committee
- Request mediation
- Appeal to the State Committee
- Appeal to the National Appeals Division

You may elect these options in the indicated sequence. You may select any of the first three options, or you may skip any of the first three options and select a later choice, or skip all 3 and appeal directly to NAD.

You have 30 calendar days from the date of this letter to make a selection, except that if you wish to select mediation, you have 18 days after the date of this letter or after reconsideration to request mediation.

Mediation is available and FSA will participate in good faith. Informal mediation may enable us to narrow and resolve issues by agreement. To obtain information about and to request mediation, contact Larry Adams, 200 North High Street, Room 540, Columbus, OH 43215, Phone 614-255-2500. The written request for mediation must be faxed or postmarked no later than 18 days after the date of this letter. Mediation does not replace or limit your right to further appeal to NAD.

We hope the Committee determination or the options presented above address the concerns you noted in your letter of August 5, 2001. However, if you still feel you have been discriminated against, you may file a discrimination complaint using the attached form. The pertinent address and telephone number are provided on the form.

For the County Committee,

Michael A. Jacob

Michael A. Jacob
County Executive Director

cc: Clyde Karhl, Atty.

USDA
Board of Contract Appeals
United States Department of Agriculture
Washington, DC 20250-0601
(202) 720-7023 FAX (202) 720-3059

October 1, 2001

Mr. Jeff Cottrell
12467 Baker Road
St. Louisville, OH 43071

Re: Letter of September 17, 2001

Dear Mr. Cottrell:

This is in response to your letter of September 17, 2001 regarding filing appeals for breach of contract.

Generally, contract claims against the Government are covered by the Contract Disputes Act (CDA) of 1978, 41 U.S.C. §§ 601-613, as amended. The CDA specifies that contract claims must first be presented to the Contracting Officer (CO) for final decision. Only after the CO issues a final decision (or fails to issue a decision within a reasonable time) may a contractor file a claim with either a Board of Contract Appeals (within 90 days) or with the U.S. Court of Federal Claims (within one year). I have enclosed the Rules of the Agriculture Board of Contract Appeals for your reference. The Rules give detailed information on appealing a final decision to this Board.

If I can provide other information, please let me know. My email address is Mshager@usda.gov.

Sincerely,

**MERRIE C. SHAGER**
Chief Counsel

Enclosure

e ? of ?

Form Approved - OMB No. 0560-0092

-478
-2?-96)

U.S. DEPARTMENT OF AGRICULTURE
Commodity Credit Corporation

PRODUCTION FLEXIBILITY CONTRACT

| 1. County Office Name, Address, and Telephone Number | |
|---|---|
| COSHOCTON COUNTY FSA OFFICE (740)622-8087<br>724 S 7TH ST<br>COSHOCTON OH 43812-2396 | |
| 2. ST. & CO. Code<br>39-031 | 3. Farm Number<br>2902 |

S CONTRACT TO PARTICIPATE is entered into between the Commodity Credit Corporation (CCC) and the undersigned producers on farm identified above for the crop(s) identified in column 4. The terms and conditions of the production flexibility tract are contained in the CCC-478 Appendix, entitled "Appendix to Form CCC-478 Production Flexibility Contract". By ning this contract, the undersigned producers on the farm identified above are participating in the production flexibility gram for the crop(s) identified in column 4. By signing this contract, producers (1) acknowledge receipt of the CCC-478 endix, and agree to abide by the terms contained therein, and (2) agree to comply with the regulations governing the licable program and payment eligibility and limitation provisions. This program or activity will be conducted on a discriminatory basis without regard to race, color, sex, religion, national origin, age, marital status or disability.

| 4. Crop | 5. Contract Acreage | 6. Payment Yield |
|---|---|---|
| WHEAT | 6.3 | 36 |
| OATS | .3 | 47 |
| CORN | 32.6 | 98 |
| TOTAL CONTRACT ACREAGE | 39.2 | |

ER/PRODUCER Name & Address ID NO.296 76 4611
JEFFREY COTTRELL
12467 BAKER ROAD
SAINT LOUISVILLE, OH 430719604

| YEAR | | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|
| Crops | Adv. Payment | N | N | N | N | N | N | N |
| WHEAT | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| OATS | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| CORN | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |

Other Farms: 2903

nature: [signature] |Date: 9/17/01

ER/PRODUCER Name & Address ID NO.271 38 0282
TANYA LEVERING
7810 BLACKJACK RD
MOUNT VERNON, OH 430509483

| YEAR | | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|
| Crops | Adv. Payment | N | N | N | N | N | N | N |
| WHEAT | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| OATS | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |
| CORN | % Share | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 |

Other Farms:

nature: |Date:

USDA

United States Department of Agriculture

Farm Service Agency

Coshocton County FSA Office
724 South 7th Street
Coshocton, OH 43812
Phone: (740) 622-8087
Fax: (740) 622-7047

October 22, 2001

Jeffrey Cottrell
12467 Baker Road
Saint Louisville, OH 43071

Dear Mr. Cottrell,

This office has researched your concerns posed in letters of October 2, 2001 and October 6, 2001. This letter attempts to answer those concerns.

The original determination of a dispute was made as part of a reconstitution appeal determination in June of 1995, and was carried forward into the 7-year PFC program. Minutes from that County Committee meeting are attached. You are correct in stating that Jim Stuller and Tonya Levering did not sign a seven-year contract in 1996. Payments can not be designated on a contract until disputes are settled.

Status of your 1995 program application has been sent under separate cover. Your request of Breach of contact information is beyond the scope of this office and has been forwarded to our office in Columbus. County Committee regular meeting times are the first and third Wednesdays of each month as workload dictates. Changes to this schedule are posted in the county office prior to meeting dates.

For the County Committee,

Michael A Jacob

Michael A Jacob
County Executive Director

CRP - folder
1993

CLYDE KAHRI
ATTORNEY AT LAW
118 EAST GAMBIER STREET
MOUNT VERNON, OHIO 43050
(614) 397-2443 FAX (614) 397-6775

Coshocton Soil and Water Conservation District
724 S. 7th Street Coshocton, Ohio 43812
Phone (614) 622-8087 or 622-8088

Jeff Cottrell Folder -
CRP - 1989 - His Record

all other documents
are Not for his Record

UNITED STATES DEPARTMENT OF AGRICULTURE

AGRICULTURAL STABILIZATION and CONSERVATION SERVICE

KNOX COUNTY ASCS OFFICE
P O BOX 626, 421 Columbus Rd
Mt Vernon, OH 43050

---

April 20, 1994

To: Office of General Counsel through the Ohio State ASCS Office
Attention: Gerald Husted

From: Knox County ASCS Office, Stephen M. Lovejoy, CED

Subject: Dispute of control of land signed into the 1994 ARP by Charity Parkinson, producer.

Additional information was received from a Mr. Haldeman, an heir of the estate which moves the case to Knox County Common Pleas Court. Mr. Haldeman expressed confidence that action would be taken upon this entry by June 20, 1994.

cc: Vern Rapp, DD
Knox COC

**United States Department of Agriculture**

**Farm Service Agency**

**Coshocton County FSA Office**
**724 South 7th Street**
**Coshocton, OH 43812**
**Phone: (740) 622-8087**
**Fax: (740) 622-7047**

February 2, 2004

Jeffrey Cottrell
12467 Baker Road
Saint Louisville, OH 43071

Dear Mr. Cottrell,

In reply to your requests dated Wednesday, December 26, 2003 and January 7, 2004:

You are correct that it is common practice that handwritten notes are disposed of after the official county committee record is signed. Your request to "un-disable" the 1995 software has been forwarded to the Ohio State FSA office for consideration.

For the County Committee,

Michael A. Jacob
County Executive Director