ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
AUG 14 2006
U.S. COURT OF FEDERAL CLAIMS

JEFFREY D. COTTRELL,

Plaintiff,

-vs- Case No: 05-990C

THE UNITED STATES, (Chief Judge Damich)

Defendant.

## PLAINTIFF'S NOTICE OF APPEAL

Now comes Plaintiff Jeffrey D. Cottrell, by and through counsel, and hereby appeals to the United States Court of Appeals for the Federal Circuit the Judgment and Opinion and Order entered in this matter on June 13, 2006.

Respectfully submitted,

S/JOHN T. RYERSON
JOHN T. RYERSON
Attorney
P.O. Box 1824
Columbus, Ohio 43216
(614) 202-0998
Fax (740) 427-5618

Attorney for Plaintiff

**CERTIFICATE OF FILING**

I hereby certify that on August 10, 2006 a copy of the foregoing "PLAINTIFF'S NOTICE OF APPEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ JOHN T. RYERSON