# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

## 2006-5115 - COTTRELL V US

**Date of docketing**: 08/16/2006

**Appeal from**: United States Court of Federal Claims case no. 05-CV-990

**Appellant(s)**: Jeffrey D. Cottrell

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated August 1, 2005. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Kelly B. Blank
John T. Ryerson

# 2006-5115

# In the United States Court of Federal Claims

**Appeal Information Sheet**

**Chief Judge Edward J. Damich**

**Type of Case**: 102 Contract - Fail to Award (CDA)

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 18 2006

JAN HORBALY
CLERK

JEFFREY D. COTTRELL,
**Plaintiff,**

v.

THE UNITED STATES,
**Defendant,**

**CFC Docket No.:** 05-990 C.

**Cross or Related**? No.

**Appellant is**: Plaintiff.

**Date Judgment Entered**: June 13, 2006.

**Date of Appeal:** August 14, 2006.

60 days

**Fee**: Not submitted.

*See U.S. Court of Federal Claims Docket Sheet for information on counsel for parties.*

Attachments and processing check list.

- ☐ Certified copy of the USCFC Docket Sheet.
- ☐ Decision directing judgment in case.
- ☐ Copy of the Notice of Appeal.
- ☐ Opposing party served.
- ☐ Judge's copies sent to chambers.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2006-5115

JEFFREY D. COTTRELL,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 05-CV-990, Chief Judge Edward J. Damich.

Authorized Abbreviated Caption[2]

COTTRELL v US, 2006-5115

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.